IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUZANNE GLOVER, Mother of Elijah Wells,<br><br>Plaintiff,<br><br>v.<br><br>CREIGHTON PREPARATORY SCHOOL, in its official capacity; STERLING BROWN, in his individual capacity; and JAMES BOPP, in his individual capacity,<br><br>Defendant. | 8:21CV322<br><br>REASSIGNMENT ORDER |

Pursuant to the presiding judge's order of recusal (Filing No. 4), this case is reassigned to Chief District Judge Robert F. Rossiter, Jr. for disposition and remains assigned to Magistrate Susan M. Bazis for judicial supervision.

IT IS SO ORDERED.

Dated this 26th day of August 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge