# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ELIJAH WELLS, by and through his mother SUZANNE GLOVER. | Case No. 8:21-cv-00322-RFR-SMB |
| Plaintiff, | APPLICATION FOR *PRO HAC VICE* ADMISSION OF KEITH ALTMAN |
| v. | |
| CREIGHTON PREPARATORY SCHOOL, in its official capacity; STERLING BROWN and JAMES BOPP in their individual capacities, | Appearing On Behalf of Plaintiff Elijah Wells, by and through his mother Suzanne Glover |
| Defendants. | |

Pursuant to Rule 1.7 et seq. of the General Rules of the United States District Court for the District of Nebraska, comes Keith Altman, counsel for Plaintiff Elijah Wells, by and through his mother Suzanne Glover, in this matter requesting *pro hac vice* admission into this Court for this case.

I, Keith Altman, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Michigan and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
(516) 456-5885
keithaltman@kaltmanlaw.com
kaltman@lawampmmt.com

APPLICATION FOR PRO HAC VICE ADMISSION OF KEITH ALTMAN

Attached hereto, and in Support of this Application, the Court is asked to acknowledge Exhibit 1 - a Certificate of Good Standing signed by Clerk Kinikia D. Essix of the United States District Court, Eastern District of Michigan, dated August 5, 2021 and Exhibit 2 - a certificate showing that I have been in good standing with The Supreme Court of the State of Michigan since June 21, 2017, signed by the Clerk Larry S. Royster and dated July 13, 2021.

Dated: September 7, 2021

Respectfully Submitted,

/s/Keith Altman
Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
516-456-5885
keithaltman@kaltmanlaw.com
kaltman@lawampmmt.com

## OATH

I, Keith Altman, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this 7th day of September 2021.    Signed /s/

# EXHIBIT 1

# United States District Court
## Eastern District of Michigan

# CERTIFICATE OF GOOD STANDING

*I, Kinikia D. Essix, Clerk of Court, certify that*

# *Keith Altman*

*was duly admitted to practice in this Court on 12/04/2015,*

*and is in good standing as a member of the Bar of this Court.*

*Dated at Detroit, Michigan on 08/05/2021.*

*Kinikia D. Essix*
Clerk

*Tracy Thompson*
Deputy Clerk



# EXHIBIT 2

## THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Keith Altman*

was admitted to the practice of law in the courts of the State of Michigan on

*June 21, 2017*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: July 13, 2021

Clerk