**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| ELIJAH WELLS, by and through his mother SUZANNE GLOVER, | Case No. 8:21-cv-322 |
| Plaintiff, | |
| v. | **INDEX OF EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| CREIGHTON PREPARATORY SCHOOL, in its official capacity, | **Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 12(b)(1)** |
| STERLING BROWN; JAMES BOPP in their individual capacities. | |
| Defendants. | |

Defendants, Creighton Preparatory School, Sterling Brown, and James Bopp, submit the following evidence in support of their Motion to Dismiss:

1. Affidavit of James Bopp;

   ▪ Including its Exhibit "A" – Creighton Preparatory School Student-Parent Handbook 2020-2021.

Dated this 15th day of November, 2021.

CREIGHTON PREPARATORY SCHOOL, in its official capacity, STERLING BROWN and JAMES BOPP in their individual capacities, Defendants

By: /s/Patrick M. Flood
Patrick M. Flood, #19042
William N. Beerman, #26544
PANSING HOGAN ERNST & BACHMAN LLP
10250 Regency Circle, Suite 300
Omaha, NE 68114
(402) 397-5500
(402) 397-4853 (facsimile)
Attorneys for Defendant
pflood@pheblaw.com
wbeerman@pheblaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 15th day of November, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the following:

   Keith L. Altman
   LAW OFFICE OF KEITH ALTMAN
   33228 West 12 Mile Road, Suite 375
   Farmington Hills, MI 48334


      /s/ Patrick M. Flood