# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ELIJAH WELLS, by and through his mother SUZANNE GLOVER.<br><br>*Plaintiffs,*<br><br>v.<br><br>CREIGHTON PREPARATORY SCHOOL,<br>in its official capacity; STERLING BROWN and JAMES BOPP in their individual capacities,<br><br>*Defendants.* | Case No. 8:21-cv-00322-RFR-SMB<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION FOR PLAINTIFF RESPONSE TO MOTION TO DISMISS** |

**NOW COMES** Plaintiffs' counsel Keith Altman requesting that the deadline for Plaintiffs' response to Defendants' Motion to Dismiss for Failure to State a Claim be moved from the current deadline of December 6, 2021, to February 1, 2022.

The reason for this request is that I have been battling severe health issues impacting my vision. The onset was very quick. My condition worsened over just a few months. I am now legally blind.

Accommodations are being made as quickly as possible. This said this crisis has slowed me down. Given these circumstances, I respectfully ask this Court to extend the Plaintiffs' deadline for this response to February 1, 2022.

Prior to making this request, defense counsel Patrick Flood was contacted. He graciously agreed to this extension.

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, and upon good cause showing, we move that Plaintiffs' response to Defendants' Motion to Dismiss for Failure to State a Claim be moved to February 1, 2022.

| | |
|---|---|
| Dated: December 2, 2021 | Respectfully Submitted, |
| | /s/Keith Altman |
| | Keith Altman |
| | The Law Office of Keith Altman |
| | 33228 West 12 Mile Road - Suite 375 |
| | Farmington Hills, Michigan 48334 |
| | Telephone: (248) 987-8929 |
| | keithaltman@kaltmanlaw.com |

This ___ day of December 2021.
**IT IS SO ORDERED.**          Signed _____