# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELIJAH WELLS, by and through his mother SUZANNE GLOVER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CREIGHTON PREPARATORY SCHOOL, in its official capacity,<br><br>　　　　　Defendant. | Case No. 8:21-cv-322<br><br>**INDEX OF EVIDENCE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>**Fed. R. Civ. P. 12(b)(6)**<br>**and**<br>**Fed. R. Civ. P. 12(b)(1)** |

Defendant, Creighton Preparatory School, submits the following evidence in support of its Motion to Dismiss:

1. Affidavit of James Bopp;

   - Including its Exhibit "A" – Creighton Preparatory School Student-Parent Handbook 2020-2021.

Dated this 11th day of February, 2022.

　　　　　　　　　　　　　　　　　CREIGHTON PREPARATORY SCHOOL,
　　　　　　　　　　　　　　　　　Defendant


　　　　　　　　　　　　　　　　　By: /s/Patrick M. Flood
　　　　　　　　　　　　　　　　　Patrick M. Flood, #19042
　　　　　　　　　　　　　　　　　William N. Beerman, #26544
　　　　　　　　　　　　　　　　　PANSING HOGAN ERNST & BACHMAN LLP
　　　　　　　　　　　　　　　　　10250 Regency Circle, Suite 300
　　　　　　　　　　　　　　　　　Omaha, NE 68114
　　　　　　　　　　　　　　　　　(402) 397-5500
　　　　　　　　　　　　　　　　　(402) 397-4853 (facsimile)
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　pflood@pheblaw.com
　　　　　　　　　　　　　　　　　wbeerman@pheblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Keith L. Altman
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334

/s/ Patrick M. Flood