## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELIJAH WELLS, by and through his mother SUZANNE GLOVER,<br><br>Plaintiff<br><br>v.<br><br>CREIGHTON PREPARATORY SCHOOL, in its official capacity,<br><br>STERLING BROWN; JAMES BOPP in their individual capacities,<br><br>Defendant. | Case No. 8:21-cv-322<br><br><br>**AFFIDAVIT OF JAMES BOPP** |

STATE OF NEBRASKA  )
　　　　　　　　　　　 ) ss.
COUNTY OF DOUGLAS  )

James Bopp, being first duly sworn upon oath, states and deposes as follows:

1.　　I currently serve as Head of School for Creighton Preparatory School.

2.　　I served as Head of School for the 2020-2021 academic year.

3.　　A true and accurate copy of the Creighton Preparatory School Student-Parent Handbook for the 2020-2021 academic year is attached to this affidavit as Exhibit "A".

4.　　Exhibit "A" was in effect during the spring of 2021 when Elijah Wells was expelled from Creighton Preparatory School.

FURTHER THIS AFFIANT SAYETH NOT.

Dated this 3rd day of November 2021.

GENERAL NOTARY - State of Nebraska
WILLIAM N. BEERMAN
My Comm. Exp. April 25, 2023

_____
James Bopp

Signed in my presence and sworn to before me this 3rd day of November, 2021.

_____
Notary Public

# CREIGHTON
# PREP



### Mission
**Creighton Preparatory School forms men of faith, scholarship, leadership, and service in the Catholic and Jesuit tradition.**

## Student-Parent Handbook
## 2020-2021





# Creighton Preparatory School

Dear Parents and Students:

For more than 475 years, the Society of Jesus has promoted the intellectual, spiritual, emotional, and moral formation of young men and women around the world as one of the most powerful ways to bend the arc of history toward a reality that more fully reflects the loving will of God. Creighton Prep has faithfully advanced this apostolic mission of the Catholic Church for more than 140 years by helping thousands of young men develop into competent, compassionate, and conscience-driven leaders within the community of Omaha and beyond.

The driving force behind Prep's success is undoubtedly the passionate, innovative, and loving staff who wake up every morning ready to live and labor out of a genuine sense of vocation. We are honored by your decision to join us in this important endeavor. With this in mind, we are committed to providing our students with a wide range of experiences and opportunities that will help shape them into men who stand with and for others.

The highest aspirations of our mission can only be met when parents, students, and staff work together in a spirit of partnership, trust, and mutual respect. This handbook that you are asked to thoughtfully and deliberately review is based on decades of lived experience. We believe it serves as a critical foundation for successful cooperation between everyone involved with the school. To that end, please carefully read through this handbook. Registration and attendance at Creighton Prep implies consent to this handbook and all school policies.

While this handbook is deliberately thorough, it is impossible to be inclusive of all the situations that arise during a school year. The administration's judgment will be final in the interpretation of these policies and procedures, as well as in addressing any issues that might fall outside the scope of what has been written here. Should any questions or concerns surface during your review of the handbook or at any time over the course of the year, please do not hesitate to proactively reach out to us for assistance. As I hope is reflected in these pages, the well-being and success of every student constitute our highest priorities.

May God bless all of us with the strength, courage, and grace to be increasingly loving, religious, intellectually competent, open to growth, and committed to justice.

Sincerely,

James L. Bopp
Head of School

1

| | |
|---|---|
| **ADMINISTRATORS, FACULTY, AND STAFF** | **7** |
| **PROFILE OF THE GRADUATE AT GRADUATION** | **9** |
| **THE ACADEMIC PROGRAM** | **13** |
| Cooperative Roles in the Student's Academic Achievement | 13 |
| Discussion of Concerns - Resolution of Concerns | 13 |
| Reconsideration of Materials | 14 |
| Course of Study | 14 |
| Minimum Graduation Requirements | 15 |
| Policy for Credit and Re-Take of Failed Courses Required for Graduation | 16 |
| Drop and Add Policy | 16 |
| Grading System | 17 |
| Grade Point Average (GPA) | 17 |
| Class Rank | 18 |
| Effort Grades/Guidelines | 18 |
| Effort Honor Roll | 18 |
| Honor Roll | 18 |
| College Recommendation | 18 |
| Honors Level and Advanced Placement Courses | 18 |
| College Credit and Advancement Classes | 18 |
| Grade Reporting/Parent-Teacher Conferences | 19 |
| Laughlin Hour Study Hall | 19 |
| Peer Tutoring | 19 |
| Academic Probation and Dismissal | 20 |
| Appeal of Academic Dismissal | 20 |
| Semester Exams | 20 |
| Course Cancellation Due to Low Enrollment | 20 |
| **ACADEMIC HONESTY AND INTEGRITY** | **21** |
| Cheating | 21 |
| Plagiarism | 21 |
| Working Together | 22 |
| How to Avoid Cheating | 23 |
| Summary | 23 |
| **CAMPUS MINISTRY** | **24** |
| Student Involvement in Campus Ministry | 24 |
| Prayer and Worship | 24 |
| Christian Life Communities (CLC) and Alpha | 24 |
| Big Brothers | 24 |
| Retreats | 25 |
| Service Requirements at Creighton Prep | 26 |

**STUDENT SUPPORT SERVICES**                                                    **27**
    Guidance Counselor                                         27
    Licensed Mental Health Practitioner                        27
    Director of College Counseling                             27
    Director of Student Advocacy and Outreach                  27
    Learning Specialist                                        27
    Academic Coach                                             27
    Parent Concerns about their Children                       28
    Confidentiality Policy                                     28
    Family Connection                                          28
    Reporting of Mental Health and Substance-Related Concerns  28
    Students with Diagnosed Learning Differences               29
    College Placement                                          29
    College Admissions Testing                                 29
    Submission of Standardized Test Scores and Transcripts in the College Process  29
    Advanced Placement Tests                                   30
    College Visits                                             30
    Notification to Colleges                                    30
    College Placement Deadlines                                30
    National Candidate's Reply Date is May 1                   30
    Release of Student Disciplinary Information to Colleges and Universities  30

**STUDENT WELFARE AND RESPONSIBILITY**                                          **31**
    Statement of Non-Discrimination                            31
    Respect for Others, Harassment and Bullying                31
    Journals                                                   32
    Medical Emergencies                                        32
    Student Health Update                                      33
    Medical Insurance                                          33
    Student Records                                            33
    Issues of Custody                                          33
    Child Abuse or Neglect                                     34
    Cooperation with Law Enforcement and Other Governmental Agencies  34
    Students Living Away from Home                             34
    Pregnancy Policy                                           34
    Married Student Policy                                      34
    Anonymous Reporting Policy                                 34
    Voluntary Association and Parent or Student Disagreement with the School  35

**ATTENDANCE POLICY**                                                           **35**
    Scheduling Absences Outside School Time                    35
    Requests for Planned Excused Absences                      35

Tardy to School and Class 36
Absence Procedures 36
Extended Illnesses, Concussions – Return to Learn 37
Mid-Day Departures and Returns 37
Parent/Guardian Out of Town 37
Unexcused Absent and Truant from Class, School or Other Activities 37
Absences on Semester Exam Days 37
Absence Due to In-School-Suspension (ISS) 37
Absence Due to Out of School Suspension (OSS) 38
Absence Due to Overdue Tuition 38
School Activity Absence 38
Attendance at Co-Curricular Activities on Days of Absence or Suspension 38
Falsification of Notes and/or Misrepresentation by Phone 38
Summary of Absence Procedures 38

**THE DISCIPLINE PROCESS** **40**
Code of Honor and Self-Reporting Major Infractions 40
Student Accountability and Off-Campus Conduct 40
Demerit and Jug System 40
Demerit Cards 41
Student ID Cards and Lanyards 41
Classroom Discipline 41
Standard Consequences 41
Notification and Satisfying Discipline Obligations 42
Laughlin Hour Jug 42
Saturday Jug 42
In School Suspension (ISS) 42
Out of School Suspension (OSS) 43
Disciplinary Probation 43
Offenses Liable for Disciplinary Dismissal from School 43
Process of Investigation 44
Student Life Board 44
Appeal of Disciplinary Dismissal 44

**STUDENT DRESS CODE** **44**

**STUDENT USE OF ALCOHOL, TOBACCO AND DRUGS** **46**
Drug and Alcohol Policy: Health and Wellness Program 47
Drug and Alcohol Policies: Disciplinary Program 50

**GENERAL PROCEDURES AND POLICIES** **54**
Daily Communications 54
Campus Hours of Operation and Supervision 54
Students Entering and Leaving the Building 54

Visitors 54
Student Medications 55
Hallways 55
Out of Bounds 55
Teacher Late to Class 55
Lockers, Responsibility for Books and Other Personal Property 56
Searches 56
Lost and Found 56
Theft 56
Fighting 56
Weapons and Fireworks 56
Gambling 57
Cassem Memorial Library 57
Food and Drink 57
Food Service 57
Lunch Cleanup Crew 57
Open Study 58
Closed Campus 58
Campuses of Other Schools and Other Facilities 58
Conduct While Traveling on a School Sponsored Trip 58
Participation in Other Organizations Considered School Functions 58
Jobs and School 58
Parking and Auto Registration 58
Student Activism and Disruptions 59
Disruption at the End of the Year 59
Unannounced After School Period 59
Athletic Contests – Sportsmanship 59
School Dances 60
Messages and Deliveries to Students 60
Emergency Notification 61
Weather Policy 61
Snow Day Procedure 61
Publications by Students 61
Posting Policy and Procedures 61
Use of the School Name 61
Student Sales 61
Clothing and Accessory Design and Production 62

**ACCEPTABLE USE OF COMPUTERS AND OTHER TECHNOLOGY** **62**
Network Access 62
Gmail, Canvas, PowerSchool and Academic Storage Space 63
Required 1:1 iPad Program 63

Personal Technology Use – Computers, Phones, Recording and Other Devices ... 63
Social Media ... 64
Off-Campus Technology Use ... 64
Summary ... 64

**TUITION, REGISTRATION FEE AND FINANCIAL AID** ... **65**
Tuition, Lunch and Registration Fees for 2020-2021 ... 65
Withdrawal Policy ... 66
Financial Aid ... 66

**CO-CURRICULAR ACTIVITIES** ... **66**
Clubs and Activities ... 67
National Honor Society ... 69
Transportation for Clubs and Activities ... 69

**ATHLETIC PARTICIPATION** ... **69**
Athletic Program Mission Statement ... 69
Athletic Policies and Procedures ... 70
Performance Enhancing Drug Policy ... 70
Creighton Prep Concussion Policy ... 70
Physicals ... 71
Equipment ... 71
Practice ... 71
Outside Participation ... 71
Injuries and Insurance ... 71
Academic Eligibility ... 71
Attendance ... 72
Locker Room ... 72
Off-Season Conditioning ... 72
Team Selection and Playing Time ... 72
Grievance Policy ... 72
Club Sports ... 72
Transportation ... 73
Athletic Teams ... 73

**FAMILY AND STUDENT EDUCATIONAL RIGHTS AND PRIVACY** ... **73**

**STUDENT-PARENT AGREEMENT** ... **75**

## ADMINISTRATORS, FACULTY, AND STAFF

**President's Office**
Mr. John Naatz                                          President
Mrs. Colleen Kirk                                       Executive Assistant

**High School Office**
Mr. Jim Bopp                                            Head of School
Mr. Joe Ryberg                                          Academic Principal
Mrs. Jacquelyn Schulte                                  Dean of Faculty Formation
Mr. Chris Searl                                         Assistant Principal for Student Support Services
Mr. Sterling Brown                                      Dean of Students
Mr. Mike Beacom                                         Assistant Dean of Students for Discipline
Mrs. Tiffany Evans                                      Asst to the Dean of Students and Attendance Coordinator
Mrs  Sara Smith                                         Director of Student Activities
Dr. Dan Schinzel                                        Director of Athletics
Mr. Josh C. Luedtke                                     Director of Admissions
Ms. Aurora Driscoll Barker                              Director of Recruitment
Ms. Olivia Poggenpohl                                   Director of Communications
Mrs. Sonia Mapes                                        High School Office (Registrar)
Mrs. Kathryn Harmon                                     High School Office (Administrative Assistant)
Mrs. Liz Vokal                                          Front Desk
Mrs. Jeni Martinez                                      Director of Loyola Scholars

**Jesuit Community**
Fr. Kevin Schneider, S.J.                               Director of Adult Spirituality

**Advancement**
Mr. Rick Berger                                         Vice President of Advancement
Mr. Brad Burks                                          Principal Gifts Officer
Mr. Max Huerter                                         Director of Annual Funds
Mr. Nolan Searl                                         Director of Alumni Relations
Ms. Stephanie Kremla Heng                               Advancement Administrative Support
Mrs. Amy Knight                                         Director of Events
Ms. Terri Haller                                        Advancement/Alumni/BASH Associate
Mrs. Grace Cominoli                                     Advancement Gift Coordinator/BASH Associate
Mr. Pat Neary                                           Communications Specialist
Mrs. Cathy Gorden                                       Advancement Team

**Business Office**
Mr. Alex Zimmerman                                      Chief Financial Officer
Mrs. Debbie Novotny                                     Director of the Business Office
Mrs. Mary McGuire                                       Accountant and Work Study Manager
Mrs. Jacqui Warren                                      Assistant Controller
Mrs. Molly Sengstock                                    Jay Mart Manager
Mrs. Christina Butler                                   Jay Mart Assistant Manager

**Technology**
Mr. Jonathan Krainak                                    Director of Information Technology

**Buildings and Grounds**
Mr. Kevin Flint                                         Director of Facilities
Mr. Luke Fisher                                         Maintenance Staff
Mr. Phil Franco                                         Maintenance Staff
Mr. Dan Gable                                           Maintenance Staff
Mr. Dave Leahy                                          Maintenance Staff
Mr. Joe Robbins                                         Maintenance Staff

**Theology**
Mr. Thomas Murray, M.A. (Chair)
Mr. Kelly Barth, M.A.
Mr. Matthew Eastmo, M.S.
Mr. Thomas Hoover, B.A.
Mr. Dan Kenney, M.A.
Mr. David A. Lawler, M.A.
Mr. Paul Lawler, M.A.
Mrs. Martha Lemar, J.D.
Mrs. Amy Masek, M.A.
Mr. Tom Murray, M.A.
Mrs. Kathy O'Keefe, M. Ed
Ms. Mattie Olsen, M.A.
Ms. Emily Taber, M.A.

**Social Studies**
Mr. Thomas J. Haindfield, M.A. (Chair)
Ms. Ashley Clary, M.A.
Ms. Lisa Cook, M.A.
Mr. Matt Delaney, M.A.
Mr. Gregory J. Glenn, M.A.
Mr. Theo Hennings, M.S.
Mr. James Justice, M.S.
Mrs. Kim Meyer, M.A.
Mr. Nick Thompson, M.S.

**World Language**
Mr. Mark Haynes, M.A. (Chair)
Mr. Luigi Catalano, M.A.
Ms. Gwen Fisher, B.A.
Mr. John Fraser, M.A.
Mr. John Jenkins, M.A.
Mr. Jerry Kinney, M.A.
Dr. Bonodji Nako, Ph.D.
Dr. Joseba Moreno, Ph.D.
Mrs. Tami Suprenant, M.S.

**Fine Arts**
Mr. Rob Chesire M.S.E. (Chair)
Mr. Jeremy Caniglia, M.F.A
Ms. Rita Hermann, M.F.A.
Mr. David May, M.M.
Mr. Matt Rasgorshek, M.A.

**ToMorrow Labs and Design Technology**
Mr. Rich Mansfield, M.F.A. – Manager
Mr. Tom Pacer, M.S.

**Guidance and Counseling**
Mrs. Kris Bope (Administrative Assistant)
Mrs. Christianne Clark, M.A. (College Counselor)
Mrs. Rachael Gandossy, M.A.
Mr. Steve Monzu, M.S.
Mr. Tom Reinhart, M.A.
Fr. Robert J. Tillman, S.J., M.S.
Mr. Jeff Wellwood, M.S.

**Library**
Mrs. Diane Sands, M.S. (Director)
Mrs. Elizabeth Ginger, M.S. (Instructional Technologist)

**English**
Mrs. Barbara Hake, M.S. (Chair)
Ms. Elaine Ayers, M.A.
Ms. Amber Emanuel M.A.
Mr. Morgan Helton, M.A.
Mr. Trevor Herron, M.A.
Ms. Karri Martin, M.A.
Mr. Chris Saeli, M. Ed
Mr. Ted Stessman, M.S.
Ms. Meghan Townley, M.F.A.
Ms. Bethany Widman, M.A.
Mr. Michael A. Witt, M.A.

**Mathematics**
Ms. Katie Hermanek, M.S. (Chair)
Ms. Haley Briggs, B.A.
Mr. Peter Ewing, M.S.
Mrs. Jenne Gregor, M.S.
Mr. Andrew Fisher, B.S.
Dr. Bob Gehringer, Ed.D
Dr. Christopher Goodrich, Ph.D.
Ms. Anne Hefflinger, M.S.
Dr. Jerry Kowal, Ed. D.
Mr. Patrick Mooney, M.S.
Ms. Anne Svehla, M.S.
Mr. Nick Svehla, M. Ed

**Science**
Mr. Michael J. Higgins, J.D. (Chair)
Dr. Danielle Boelter, Ph.D.
Dr. Kurt Brueske, Ph.D.
Mr. Michael Clark, M.A.
Mr. T.J. Fyfe, M.S.
Mr. John Geringer, M.S.
Ms. Abigail Janousek, B.S.
Mr. Erink Kast, SJ, M.A.
Mr. Patrick Poskochil, M.S.
Mr. Ralph Setter, M.S.

**Physical Education and Health**
Mr. Daniel Tietjen, M.S. (Chair)
Mr. Daniel Barton, B.A.
Mr. William Kleber, B.S. (Athletic Trainer)
Mr. Tim Johnk, M.A.

**Cura Personalis Team**
Mrs. Bridget Cannon-Hale, M.S.W.  Learning Specialist
Mr. Timothy Brooks, M.S. Academic Coach
Mr. Allen Burrell, Jr. Director of Advocacy & Outreach
Mr. Kevin Kaminski, Mental Health Practitioner

**Alumni Service Volunteers**

8

## PROFILE OF THE GRADUATE AT GRADUATION

The Creighton Preparatory School graduate is a threshold person: he is on or rapidly approaching the threshold of young adulthood. The world of childhood left behind, he moves from childhood toward adulthood. From his physical, emotional and mental development, the graduate has developed varied characteristics. He has discovered what he can do well and even though there have been failures and disappointments, these have moved the student toward maturity.

The Prep student at graduation has negotiated many of the shoals of adolescence; yet, the graduate has not reached the maturity of the college senior. During the last year of high school, especially the senior awakens to the complexity of the adult world and is mature enough to begin training questions about the world. The graduate looks out on the adult world and is mature enough to begin framing questions about the world. The graduate looks out on the adult world with a sense of wonderment and with a growing desire to enter that world, yet not quite able to make sense out of it. It is hoped that the graduate will be independent enough to choose value-based responses to the challenges of the adult world as he crosses its threshold.

Whether one conceives of the desirable qualities of a graduate of a Jesuit school under the rubric of a "Person for Others" or as a fully mature Christian, the qualities summed up under the five categories below appear to be the kind of qualities-granted that they are not fully developed in late adolescence-which cumulatively point to the kind of person who can live an adult Christian life.

**Open to Growth**
The Jesuit high school student at the time of graduation has matured as a person — emotionally, intellectually, physically, socially, religiously — to a level that reflects some intentional responsibility for one's own growth. The graduate is beginning to reach out in his or her development, seeking opportunities to stretch one's mind, imagination, feelings, and religious consciousness. Although still very much in the process of developing, the graduate already:

1. is beginning to take responsibility for growth as a person; desires integrity and excellence in multiple facets of one's life.
2. is learning how to accept self, both talents & limitations, with a sense of humility & gratitude.
3. recognizes the need for leisure and recreation and budgets time for those activities.
4. exercises regularly for physical fitness and health.
5. understands principles of good nutrition and practices healthy eating habits.
6. understands the dangers of and avoids the use of controlled substances.
7. is more conscious of his or her feelings and is freer and more authentic in expressing them and managing one's impulsive drives.
8. is open to a variety of aesthetic experiences, & continues to develop a wide range of imaginative sensibilities.
9. is becoming more flexible and open to other points of view; recognizes how much one learns from a careful listening to peers and significant others; and recognizes one's biases, limitations, and thinking patterns.
10. is developing a habit of reflection on experience which informs future actions.
11. is beginning to seek new experiences, even those that involve some risk or the possibility of failure.
12. is learning to view criticism and setbacks as interesting, challenging, and growth producing.
13. begins to practice leadership skills, including vision, relating well and collaborating with others, and acting with integrity.
14. sees leadership as an opportunity for service to others and the community.
15. is developing a healthy and appropriate sense of humor.
16. is exploring career and life-style choices within a framework of faith and values.
17. is becoming more aware of choices and consequences relating to adult issues.

18. understands the implications and hazards of technology-based activities, including issues of privacy, social isolation, access to pornography, and addictive use of technology itself.
19. views emerging technology as potentially supportive to personal and professional growth.

**Intellectually Competent**
By graduation the Jesuit high school student will exhibit a mastery of those academic requirements for advanced forms of education. While these requirements are broken down into departmental subject matter areas, the student will have developed many intellectual skills and understandings that cut across and go beyond academic requirements for college entrance. The student is also developing habits of intellectual inquiry, as well as a disposition towards life-long learning. The student is beginning to see the need for intellectual integrity in his or her personal quest for religious truth and in his or her response to issues of social justice.

By graduation the student already:

1. has mastered those academic skills required for college (or for some other form of advanced education).
2. is developing mastery of logic and critical thinking.
3. is developing precision and creativity in oral and written expression within and across disciplines.
4. is developing a curiosity to explore ideas and issues.
5. is developing the ability to apply knowledge and skills to new situations.
6. is developing problem solving skills.
7. is able to learn in a variety of settings and through a variety of pedagogical approaches.
8. is developing the ability to learn as an active member of a team.
9. uses technology resources to support collaborative work for learning, problem solving, and communication.
10. uses effectively a variety of media resources to acquire, create and process information.
11. assesses media and content critically, attending, for example, to issues such as credibility of sources, values expressed or promoted, and civility and respect for persons.
12. is developing an organized approach to learning tasks.
13. can present a convincing argument in written and oral form that evidences sound analytical reasoning and convincing rhetoric.
14. is taking pride and ownership in his or her school accomplishments and is beginning to enjoy intellectual and aesthetic pursuits.
15. has begun to develop a knowledge of central ideas and methodologies of a variety of academic disciplines.
16. has begun to relate current issues and perspectives to some of their historical antecedents.
17. is growing in knowledge and understanding of his or her cultural heritage and of cultural complexities in one's local community and in a global society.
18. is beginning to understand the public policy implications of science and technology.
19. is beginning to understand the interdependence of global economic policies.
20. understands basic principles of personal finance and handles one's own finances responsibly.
21. is beginning to understand both rights and responsibilities as a citizen of one's country.
22. is beginning to understand one's own government and other forms and practices of governments around the world.
23. understands the need for individual and community responsibility for stewardship of the earth's resources.
24. understands a variety of images of the human person through literature, biography, history, and the arts that lead to a greater appreciation of the variety of human experience.
25. is beginning to develop that critical consciousness which enables one better to analyze the contemporary issues facing men and women and to seek and evaluate the various points of view on these issues from the standpoint of a man and woman for and with others.

10

## Religious

By graduation the Jesuit high school student will have a basic knowledge of the major doctrines and practices of the Catholic Church. Having been introduced to Ignatian spirituality, the graduate will also have examined his or her own religious feelings and beliefs with a view to choosing a fundamental orientation toward God and establishing a relationship with a religious tradition and/or community. What is said here, respectful of the conscience and religious background of the individual, also applies to the student of other faiths who graduate from a Jesuit high school. The level of theological understanding of the Jesuit high school graduate will naturally be limited by the student's level of religious and human development. By graduation the student already:

1. has read the Gospels & encountered the person of Jesus Christ as He is presented in the New Testament.
2. has a basic understanding of the Church's teaching about Jesus Christ and His redeeming mission, as well as the embodiment of that mission in and through the Church.
3. has an understanding of the variety of the world's religious traditions.
4. is beginning to take more responsibility for exploring and affirming one's own faith.
5. is increasingly willing to let religious faith influence one's basic values, lifestyle, & vocational interests.
6. understands that being fully alive/human necessitates an active relationship with God.
7. is aware/appreciates that human life is fundamentally spiritual.
8. has experienced the presence of God (finding God in all things): in private prayer, on a retreat, in liturgical prayer, and in some other moments of grace
9. is learning how to express self in various methods of prayer, especially those from the Spiritual Exercises.
10. is forming a Christian conscience, evaluates moral choices, and reasons through moral issues with increasing clarity.
11. appreciates the centrality of the Eucharist to a vibrant Christian community.
12. is learning through his or her own sinfulness of the need for healing by and reconciliation with friends, family, Church, and the Lord.
13. recognizes that any sin affects the entire human community.
14. understands the relationship between faith in Jesus and being a "man or woman for and with others."
15. knows Church teachings on moral issues and social justice.

## Loving

By graduation, the Jesuit high school student is continuing to form his or her own identity. He or she is moving beyond self-interest or self-centeredness in close relationships. The graduate is beginning to be able to risk some deeper levels of relationship in which one can disclose self and accept the mystery of another person and cherish that person. Nonetheless, the graduate's attempt at loving, while clearly beyond childhood, may not yet reflect the confidence and freedom of an adult. By graduation the student already:

1. is learning to trust friends, family, and adults in the school and wider community.
2. has personally experienced God's love.
3. is growing in self-acceptance and in recognizing that he or she is loved by God and others.
4. assumes responsibility for maintaining good personal health.
5. is attentive to sources of stress and applies healthy strategies to maintain balance in one's life.
6. is alert to the signs of emotional & mental distress in others & follows appropriate referral measures.
7. has begun to identify and work against personal prejudices and stereotypes; is open to and able to communicate with others, especially persons of another race, gender, religion, nationality, socio-economic background, or sexual orientation.
8. has personally experienced support from members of the school community.
9. has made specific contributions to build school community.

11

10. is becoming increasingly comfortable and mature in relating with persons of a different gender.
11. is beginning to integrate sexuality into his or her personality.
12. has begun to appreciate deeper personal friendships, while also learning that not all relationships are profound and long lasting.
13. is beginning to appreciate the satisfaction of giving of oneself through service for and with others.
14. is increasingly empathetic.
15. takes into account and values the feelings of others when making decisions.
16. is sensitive to the beauty and fragility of the created universe and exercises stewardship.
17. cares deeply about preserving human life.

**Committed to Doing Justice**
The Jesuit high school student at graduation has acquired considerable knowledge of the many needs of local, national, and global communities and is preparing for the day when he or she will take a place in these communities as a competent, concerned and responsible member. The graduate has been inspired to develop the awareness and skills necessary to live in a global society as a person for and with others. Although this commitment to doing justice will come to fruition in mature adulthood, some predispositions will have begun to manifest themselves earlier. By graduation the student already:

1. is growing in awareness of selfish attitudes and tendencies which lead one to treat others unjustly; consciously seeking to be more understanding, accepting, and generous with others.
2. is beginning to see that Christian faith implies a commitment to a just society.
3. is growing in awareness of the global nature of many social problems such as human rights, population displacement, resource distribution, war/terrorism, etc., and their impact on human communities.
4. practices a sustainable lifestyle based on awareness of social, economic and environmental consequences.
5. is working to be environmentally responsible by limiting the use of non-renewable resources and maximizing sustainable resources.
6. is beginning to engage in the public dialogue on environmental issues, practices, and solutions.
7. is beginning to understand the structural roots of injustice in social institutions, attitudes and customs.
8. is gaining, through experiences of and reflection on Christian service, an understanding of and solidarity with marginalized members of society.
9. is developing, from reflection on experiences with the marginalized, a sense of compassion and a growing understanding of those social changes which will assist all in attaining their basic human rights.
10. is becoming aware, through study and reflection, of alternatives in public policy that regulate services provided to segments of the community.
11. has begun to reflect on social justice implications of future careers.
12. is beginning to understand the justice implications inherent in Christ's commandment to love one another.
13. is beginning to recognize the importance of public opinion and voter influence on public policy in local, regional, national and international arenas.
14. is beginning to understand the complexity of many social issues and the need for critical reading of diverse sources of information about them.
15. is beginning to confront some of the moral ambiguities embedded in values promoted by Western culture.
16. is beginning to make decisions, based on Gospel values, which sometimes conflict with the values of a materialistic society.

# THE ACADEMIC PROGRAM

**Cooperative Roles in the Student's Academic Achievement**

Students, teachers and parents all have a role in the educational process in high school. Primary responsibility resides with the student who is called in their adolescence to develop their knowledge, skills and abilities. Our hope is that every student responds to the challenges that promote academic and personal growth. Engaging the academic rigor of this college preparatory school is sometimes difficult and often rewarding as one experiences this growth. It is the student's choice and responsibility to engage this process through consistent daily effort and self-discipline in the classroom, with nightly homework and through overall good study habits.

Teachers guide this learning in their daily interactions with students through a challenging academic curriculum. Our teachers will challenge and support students, each according to their abilities, to reach for academic success in realizing their full potential. While their primary interactions are with their students, they are available to parents when questions arise.

Parents have made a tremendous investment in the education of their sons. We continually witness parents who encourage the same effort and self-discipline in their sons that we expect of our students. Our understanding is that parents monitor student progress through PowerSchool, Canvas, and Family Connection while still fostering self-discipline and greater independence by their sons in the learning process.

This commitment by students, teachers and parents has been a recipe for success over many years.

**Discussion of Concerns - Resolution of Concerns**

In order to foster a spirit and expectation of self-advocacy, the norm for communication will be that the student communicate directly with a teacher regarding questions of grades, academic expectations, policies and discipline. If any issue remains unresolved, the student and teacher may involve other parties to help reach a common solution. After the student-teacher contact, communication should first involve parents and teacher followed by the respective department chair, the student's counselor and the appropriate administrator.

If it is necessary to bring the problem to an administrator, issues regarding academic, curriculum and grades should involve the Academic Principal and issues regarding attendance, classroom management and discipline should involve the Dean of Students. Unresolved issues may be referred to the Head of School only after utilizing this order of communication. The Head of School is responsible for the day-to-day operations of the school, and in accord with that responsibility, has authority to make final decisions relative to resolution of concerns.

Concerns are most effectively addressed and resolved when parties to the concern speak from first-hand knowledge of events, remain open to and respectful of others' viewpoints, and focus their discussion on establishing the factual basis of the concern. Teachers are encouraged to be sensitive to and responsive to the concern parents have for their children. Parents are encouraged to be trusting of the teacher's professional competence and supportive of the teacher's role as an authority essential to effective instruction of groups of students.

**Reconsideration of Materials**

The faculty of Creighton Prep selects textbooks, instructional materials and supplementary and media materials that support the goals and objectives of the instructional program. The materials provide aesthetic, cultural, literary and social value and are to be judged as a whole and not by individual words, phrases or incidents. It is unavoidable that the instructional materials will not completely satisfy all persons. The procedure for raising objection to, or asking for, reconsideration of instructional materials or the manner in which they are being used is outlined below.

Challenged materials will remain available for student use until the steps prescribed by this procedure have been exhausted. Therefore, it is important that a parental concern for their child be addressed well in advance of the date of assignment of the material. Failure to review syllabi, book lists and other pre-published material at the beginning of the course will severely limit available options. Last minute requests may not be able to be accommodated. Any decision regarding challenged materials affects only the child of that parent.

- Step One: The parent should contact the teacher to discuss the concern. The parent or teacher may also contact the department chair for further discussion and input.
- Step Two: If the issue remains unresolved, the parent may submit a written request for a formal review with the Academic Principal who, at his discretion, may convene a committee of educators and other relevant professionals for the purpose of making a recommendation. The formal written request should be submitted with the Request for Reconsideration of Instructional Material Form which is available from the Academic Principal.
- Step Three: Parents may appeal the decision of the Academic Principal by contacting the Head of School within 48 hours of first notification. The appeal process will consist of the Head of School reviewing the entire matter, hearing the parent presentation, and giving a written notification to the parents of the final decision.

**Course of Study**

The Creighton Prep Course of Study provides a balanced traditional curriculum of preparation for college studies. Both the freshman and sophomore programs of studies are prescribed with seven classes. All juniors and seniors must carry at least six full-credit courses with a minimum of four core classes. Entering students are placed in the following classes:

**Freshmen:**   Theology I
English I
Algebra I
Physical Education
Physical Science
World Language I
Elective courses
Community Period

Note: The freshman program may be adapted for students who enter with a full year of Algebra, Physical Science or World Language.

**Sophomores:**   Theology II
English II
Geometry
Chemistry
World History
World Language II
Elective courses
Community Period

**Juniors:**      Theology
Mathematics
English III
United States History
Science
Elective courses
Community Period

**Seniors:**      Theology
English
Government
Economics
Elective courses
Community Period

**Elective Courses**

These courses may be taken from any subject area. Please note that students graduating prior to 2023 are required to take 0.5 credits in Fine Arts or Design Technology. Beginning with the class of 2023, students are required to take 1.0 credit in Fine Arts or Design Technology. See the course catalog for more information about specific courses.

**Minimum Graduation Requirements**

Minimum graduation requirements are 24 credits. Credits for NCAA eligibility must include 16 core course requirements in the following areas: four in English, three in mathematics, three in science, three in social studies, two in world language and one more from the above departments. See the table below.

| Requirement | Subject Area | Credits and Notes |
|---|---|---|
| Four Years | Theology | 4.0 credits |
| | English | 4.0 credits – Satisfies NCAA core requirement. |
| Three Years | Social Studies | 3.0 credits – Satisfies NCAA core requirement. Must include: World History, United States History, American Government and Economics |
| | Mathematics | 3.0 credits – Satisfies NCAA core requirement. Must include minimal level Algebra I, Geometry and Algebra II or higher level |
| | Science | 3.0 credits – Satisfies NCAA core requirement. |
| Two Years | World Language | 2.0 credits – Satisfies NCAA core requirement (two years of the same language). |
| One Year | Physical Education | 1.0 credit |
| One Semester | Design Technology or Fine Arts | 0.5 credit 1.0 credit beginning with the class of 2023 |
| Electives | See course catalogue | 3.5 credits |
| Retreats | Campus Ministry | Required for freshman, sophomore and junior years |
| Service | Campus Ministry | Required 50 hours |

Additional Notes for Course Credit:

- A student may not use 1 elective to cover 2 requirements.

15

- Credit for students who transfer to Creighton Prep from another school will be granted for those courses that satisfy the same graduation requirements as the college preparatory curriculum at Creighton Prep.
- Required theology credit may be waived for students transferring from a public or private school where theology is not required each semester; however, the student must earn the same total number of credits required for graduation at Prep.
- Credit may be granted to transfers for courses in a particular subject area as long as the course is part of a college preparatory curriculum; for example, credit may be granted for Global Studies in place of World History.

**Policy for Credit and Re-Take of Failed Courses Required for Graduation**
*I. Summer School Classes, Grades, and Credit*
Failed courses must be remediated through a program approved by Creighton Prep. Students earn appropriate credit for graduation and are included on the students' transcript. However, the grade does not replace the previous grade earned and is not included in calculating the student's cumulative average or grade point average.

*II. Courses Offered for Credit One Semester at a Time*

| | |
|---|---|
| Design Technology: | All one semester courses |
| English: | All courses |
| Fine Arts: | All one semester courses |
| Mathematics: | All one semester courses |
| Physical Education: | All courses |
| Science: | Physical Science, Biology |
| Social Studies: | All courses |
| Theology: | All courses except Theology I/II |
| World Language: | All one semester courses |

Failure in either semester for the courses listed above must be retaken in the same or an equivalent course by:

1. Prep Summer Credit Recovery (if available)
2. Re-schedule during another Prep semester if possible.
3. Make up the course in another program (approved in advance by the Academic Principal).

*III. Courses Offered for Full Year Credit*

| | |
|---|---|
| Design Technology | All year long courses |
| Fine Arts: | All year long courses |
| Mathematics: | All year-long courses |
| Science: | All science courses except Physical Science and Biology |
| Theology | Theology I/II |
| World Language: | All year long courses |

Credit for a failure in the first semester can be earned by a passing grade in the second semester. Second semester failures must be retaken according to the options above under Courses Offered for Credit One Semester at a Time.

**Drop and Add Policy**
The school attempts to create a master schedule that allows the greatest number of students to participate in the courses they need and desire. It is a student-oriented process that is very complex and

may be thrown off balance if too many changes are made after the schedule is in place. Therefore, it is important that students make careful decisions about course requests at registration time.

At the same time, we are aware that situations and needs do change for some students. Therefore, the following request for course change policy will be followed:

Students will be given an opportunity to make schedule adjustments prior to each semester (August and December). **Once the semester begins, students may drop or add a class during the first six school days.** These changes are usually made because of scheduling errors.

Students who believe they have sufficient reason to drop a class **after** this six school day period may do so only during the first and third quarters, with the completion of a course change form and the payment of a $25.00 fee. The student must:

1. Discuss the situation with his counselor
2. Obtain a course change form the Academic Principal or counselor
3. Discuss the situation with the teacher of the class that he wants to drop and provide the teacher with the course change form for recommendations, comments and signature
4. Discuss the situation with his parent and provide the parent with the course change form for recommendations, comments and signature.
5. Return to the counselor for final recommendations, comments and signature on the form
6. Present the completed form for final approval to the Academic Principal with the $25.00 fee.

Under most circumstances, students may not drop a class during the second and fourth quarters. If permission should be given by the Academic Principal, the course will remain on the student's record most likely with a failing grade.

Permission to add a class after the six day period is rare. The Academic Principal must approve of the addition of any course.

### Grading System
Creighton Prep is a college preparatory school. Students should work for the highest grade commensurate with their abilities. Not only do students experience the pride and satisfaction that comes with reaching their full potential, but students with high grades have many more options available to them when they begin their college selection process. Students are graded with numerical grades. The equivalent value of the grades as compared to other systems is as follows:

| Grade % | Grade | Performance | GPA |
|---------|-------|-------------|-----|
| 90-100 | A | Excellent | 4.0 |
| 83-89 | B | Good | 3.0-3.9 |
| 76-82 | C | Fair | 2.0-2.9 |
| 70-75 | D | Poor | 1.0-1.9 |
| Below 70 | F | Failing | 0.0 |

### Grade Point Average (GPA)
GPA for individual courses for students taking advanced, honors, Advanced Placement courses are weighted in determining the cumulative GPA according to the following scale:

- Regular college prep courses = no additional weight with 4.0 maximum
- Advanced courses = added 0.25 GPA points with 4.25 maximum
- Honors courses = added 0.50 GPA points with a 4.5 maximum
- Advanced Placement courses = added 1.0 GPA points with a 5.0 maximum

The actual, **un-weighted** course grade appears on the report card and transcript. The **weighted** grade is reflected in the weighted GPA.

**Class Rank**
Creighton Prep does not routinely report class rank. Colleges do not necessarily require this, and, in fact it may cause a good student to be overlooked for a college scholarship in comparison to students from other schools. For certain programs and scholarships, an exception may be made. If class rank is reported, it is based on the student's weighted GPA. If necessary, the numerical grade average will determine the higher class rank for students with the same GPA.

**Effort Grades/Guidelines**
In addition to the scholastic grade, which indicates the numerical evaluation of the student's work, each teacher gives an effort grade, which is an estimate of the student's work compared to his ability. Teachers will consider the following in assigning effort grades:

   A.  Exceptional engagement, attendance, classroom cooperation, attitude, work ethic
   B.  High engagement, excellent attendance, good classroom cooperation, attitude, work ethic
   C.  Inconsistent engagement, participation, attendance, classroom cooperation, attitude, work ethic
   D.  Poor engagement, participation, attendance, classroom cooperation, attitude, work ethic.

**Effort Honor Roll**
A student earning a minimum of two A effort grades without any C or D effort grades at the conclusion of each semester will earn effort honors. It is possible for a student to make First Honors and Effort Honors, Second Honors and Effort Honors, or Effort Honors only. It is also possible for a student to earn First or Second Honors and not qualify for effort honors.

**Honor Roll**
A student earning a GPA of 3.82 or above merits first honors and a student earning a GPA between 3.25 and 3.81 merits second honors. A senior may earn the distinction of graduating "with highest honors" or graduating "with honors". A final cumulative GPA of 3.82 or above earns highest honors. A final cumulative GPA between 3.25 and 3.81 earns honors.

**College Recommendation**
In instances where colleges require a special recommendation by the school, a student may not be recommended unless he has a GPA of at least 2.0. Academic or disciplinary incidents for which a student has faced dismissal from Creighton Prep may be reported to colleges or employers.

**Honors Level and Advanced Placement Courses**
Refer to course catalog for a current listing.

**College Credit and Advancement Classes**
By special arrangement with Creighton University, Nebraska Wesleyan and U.N.O. students may earn college credit for certain courses. Criteria for admittance to these courses are specified in the course catalog.

Students wishing to take courses outside of Creighton Prep to advance in the curriculum must have written approval from the Academic Principal. Prior to seeking approval from the Academic Principal, the student must have written approval of his counselor and the respective department chair. Course work under these circumstances will not be recorded on the Creighton Prep transcript and will not count toward one's grade point average or graduation requirements.

**Grade Reporting/Parent-Teacher Conferences**

Parents are provided opportunities for communication about the academic progress of their Prep student. We expect that parents are using PowerSchool and as a valuable starting point in monitoring the academic progress of their sons.  Parents are welcome to check on your son's status as needed by consulting his counselor, teachers, or PowerSchool. When concerns or questions arise, teachers and counselors are available to assist. On several occasions throughout the year, more formal assessments are available. For the current school year, the scheduled occasions are:

| | |
|---|---|
| Sep 14 | Mid-quarter progress report |
| Oct 15 | Quarter progress report |
| Oct 22-23 | Parent-Teacher Conferences |
| Nov 23 | Mid-quarter progress report |
| Dec 28 | Final semester grade report |
| Feb 8 | Mid-quarter progress report |
| Mar 9 | Quarter progress report |
| Mar 16 | Parent-Teacher Conferences |
| Apr 19 | Mid-quarter progress report |
| Jun 1 | Final semester grade report |

All progress reports are available on PowerSchool. Parents who have trouble accessing PowerSchool should contact the high school office

**Laughlin Hour Study Hall**

Freshmen and sophomores who do not turn in a homework assignment on time will be assigned Laughlin Hour Study Hall by the teacher on that same day to make up the assignment. The guidelines for Laughin Hour are as follows:

- Laughlin Hour Study Hall will meet every school day for 60 minutes after school. If the student is assigned, attendance is mandatory. Unexcused absences will result in a Jug
- Teachers will determine whether there is a legitimate reason for missing a homework assignment
- Rides, work, medical appointments, athletics and activities are not acceptable reasons for missing these sessions
- Work study students must attend Laughlin Hour and make up their work hours at another time
- Students must do homework or study for the full period even if the missing assignment has been completed earlier in the day
- Students are allowed one Laughlin Hour postponement per semester

A report of student Laughlin Hour totals is available on PowerSchool under Discipline Summary.

**Peer Tutoring**

Peer Tutoring is an after school program to help students who are struggling academically. Peer tutoring sessions occur Monday through Thursday from 3:00 to 4:00 in the library. All students are welcome, but some are required to attend.

Any student failing two or more classes must attend two sessions per week for three consecutive weeks. After the initial three weeks, the student's grades will be reviewed. If a student is still failing two classes he must attend an additional three weeks. If the student has raised his grades to passing at the end of any three week period, he will not be required to attend the next three-week session.

For those students required to attend, rides, work, medical appointments, athletics and activities are not acceptable reasons for missing these sessions. Only Laughlin Hour Jug or Study Hall take precedence

over Peer Tutoring. A student is allowed one postponement of Peer Tutoring per semester. The consequence for an unexcused absence is one Jug.

**Academic Probation and Dismissal**
Dismissal of a student from Creighton Prep will occur when a student is unwilling or unable to respond satisfactorily to either the academic or disciplinary requirements. Dismissal is sometimes the best way for a student to learn responsibility for the consequences of his actions and the best way to protect the educational process for the other students in the school.

Any student who fails two courses at the end of a semester may be dismissed. Any student who has experienced a dramatic decrease in his cumulative average or has extremely low grades may be placed on academic probation by the Academic Principal, who will set minimum acceptable standards for each student on academic probation. If these standards are not met, then the Academic Principal may dismiss the student. A student on probation may be restricted in co-curricular activities.

**Appeal of Academic Dismissal**
Parents and guardians of the student may appeal a dismissal by contacting the Head of School within two business days of first notification of dismissal. Reasons for an appeal are limited to extraordinary circumstances such as failure to follow due process or new and relevant information that was not considered in the process. The Head of School will hear an appeal at his or her discretion. The appeal process will consist of the Head of School reviewing the entire matter, hearing the student/parent presentation, and giving a written notification to the parents of the final decision. The Head of School's decision is final.

**Semester Exams**
All academic work for a given quarter must be completed by the last day of the semester exam period. Classroom teachers determine academic deadlines during the semester. Any academic work allowed following semester exams must be approved by the Academic Principal.

The days scheduled for semester exams are scheduled school days and attendance for those exams is required. Exams are scheduled in this manner to allow the student sufficient time to prepare and to maintain the integrity of the examinations for all students.

**Parents and students should not arrange early vacations, trips, work, medical appointments or make other requests that would necessitate missing these days.** These absences may be considered unexcused and the student may forfeit the opportunity to take his final exam and lose academic credit as a result. Exceptions to this policy are generally reserved for documented serious medical or family reasons and must be approved by the Academic Principal.

Students who have a diagnosed physical or learning disability and have an academic accommodation plan on file with the Learning Specialist will be eligible for testing accommodations on semester exams.

**Course Cancellation Due to Low Enrollment**
Creighton Prep, in an effort to be responsible stewards of our financial and human resources, may cancel courses due to low student enrollment. While this is not an easy decision, the administration works to balance the needs of students with the needs of the institution.

## ACADEMIC HONESTY AND INTEGRITY

Creighton Prep is very concerned with top quality academic performance. We are more concerned, however, that every student sees the tremendous importance of honesty and integrity in these academic pursuits. It is the school's sincerest hope that everyone understands the notion that no grade, test, or paper is ever worth the slightest measure of one's personal integrity.

This document is not intended to be all-inclusive of every incident that may arise. If a situation occurs, the administration's judgment will be final in the interpretation of these policies.

**Cheating**
It is by following the voice of conscience and choosing to be upright, honest and good that one becomes a person of integrity. At some times the voice of conscience is clear. It tells us that it is dishonest to forge a signature and that it is dishonest to cheat on quizzes, tests, and examinations. Cheating may include:

- leaving books or notebooks open during a test period
- using unauthorized crib-sheets or study notes
- copying the work of other students or sharing work with other students
- writing answers on desk tops, or on hands, legs, arms and other parts of the body, or clothing
- looking on another's test paper
- talking with another student during a test period
- writing down answers copied from others when tests are handed in
- talking with students from previous class periods in order to get test information
- using or attempting to retrieve or sharing digital images of a quiz or test
- handing in a paper for credit which has already been graded in another class, without the approval of the teacher
- any use of an electronic device without explicit permission from the teacher to retrieve or share information on a quiz, test or another assignment
- having an electronic device on and in sight during a quiz, test or other relevant assignment without explicit permission from the teacher.

Cheating in any form is clearly dishonest and unacceptable.

**Plagiarism**
We must consider other kinds of dishonesty also, some not as clearly evident as cheating. It is dishonest to plagiarize. The *Scott Foresman Handbook with Writing Guide* defines plagiarism as "representing the words or ideas of a source as your own" (Hairston and Ruszkiewicz, 553). Again, at times our conscience readily recognizes plagiarism. Such instances include:

- papers or passages of papers which are copied verbatim (word-for-word) without proper citation
- submitting a paper or assignment in a world language class that has been translated by another person or any electronic translating device (e.g. Internet websites, pocket translators, etc.)
- turning in a paper which has been composed by another student.

If we quote a source word-for-word, we should always place this quote within quotation marks. Then we should attribute the quote to its source by identifying the author, work, publisher, date, and location of the quote through some sort of documentation (e.g., footnote, endnote). We **must** do both: the quotation marks tell that "these are not my own words or ideas"; the attributing tells us whose words or ideas they are.

Another type of plagiarism that needs to be addressed is unattributed paraphrasing and summarizing. Paraphrasing and summarizing involve more than changing one or two words. They recount another's ideas in your own words and your own style. It may or may not be shorter than the original work, for the purpose is not so much to condense as to retell a work in your own words and style. Thus it should be evident that even here one needs to attribute the ideas to their source, for while the text is mine [these are my words], it is at the same time not mine [these are not my ideas].

Creighton Prep defines plagiarism as the following: **Plagiarism is the use of words, ideas, or information of another without informing the reader / listener of the source of these words, ideas or information.** Any time you do not attribute information to a source, you are committing plagiarism. One must document all sources used in composing a paper, report or presentation and within that paper, report or presentation, acknowledge when a particular idea stems from another source.

Both the complete documentation (e.g., a bibliography of sources) and the specific documentation (e.g., a footnote or parenthetical citation) are essential to avoid the suspicion of plagiarism.

**Working Together**
We must also concern ourselves with another area where our conscience's bidding regarding honesty is not as obvious. What about working together? Cooperation has a valuable and productive place in education. Often, teachers advise students to cooperate and work together. In science classes, it is commonplace for students to work with lab partners and get the same data. In world language classes, students are encouraged to assist each other in acquiring new language skills in dialogues and written exercises. However, when does working together cross the line into dishonest action? When can I no longer state with integrity, "This is my work?"

We hope that each student will first listen to his conscience and that the prodding of that voice of conscience will tell him when an action is dishonest. Unfortunately, this is not always the case. At Creighton Prep, we wish to foster the development of conscience in these "blurry" areas. We firmly believe that the judgment of an action's rightness or wrongness is a crucial step in the development of a healthy conscience. So let it be said, it is dishonest to:

- copy answers when working together
- copy another person's work with minor changes
- stop trying to figure out a problem on one's own and simply to write down another person's solution.

These are instances when working together has crossed the line into dishonest behavior. Such dishonesty is in essence a capitulation: I have refused to learn any more on my own. I have given up on my potential to learn and chosen the easy way out. At Creighton Prep, we do not in any way support this type of behavior. One solution is made clear in this example from the science classroom: When working on laboratory research, students work with partners. All lab data should be shared with my partner, but after that our joint work stops. Each of us should then process and calculate the data individually. Thus our lab reports will never contain verbatim results. Another example might occur in an English class. Students work together in researching a particular topic. But after gathering the information, each student should write his own composition or term paper.

At Creighton Prep, on compositions, major papers, projects, etc. the norm is that the student will work alone unless told otherwise by the teacher. The student should always ask, "May we work together on this?" If so, then ask what the teacher's expectations are regarding the final product.

**Testing Procedures**
- Materials not required for the exam (books, notes, etc.) should be placed against an open wall or other designated location in the classroom away from desks at the direction of the exam prefect.
- All phones, smart-watches and other electronic devices should be left in student lockers and should not be in the possession of the student while taking the exam.
- iPads and calculators are allowed only with specific instructions by the course teacher.
- Bathroom privileges are not allowed during the entire exam period, so use the bathroom before the exam.
- Students should remain in the classroom until the end of the exam period.
- Students are allowed quiet study with materials once their exam is completed at the discretion of the exam prefect.

**How to Avoid Cheating**
Know the rules for proper citation including footnotes and bibliography.

Be prepared. Always give yourself sufficient time for homework, essays, papers, presentations and study. With careful preparation, you will not put yourself into a situation where you might be tempted to compromise your integrity.

During exams and quizzes, avoid turning around, looking toward other students' papers, talking etc. You do not want to give the impression of cheating. In addition to this, students should adhere to the following expectations:

- Materials not required for the exam (books, notes, etc.) should be placed against an open wall in the classroom away from desks at the direction of the exam prefect
- All phones, smart-watches and other electronic devices should be left in student lockers
- iPads and calculators are allowed only with specific instructions by the course teacher
- Bathroom privileges are not allowed during the entire exam period, so use the bathroom before the exam
- Students should remain in the classroom until the end of the exam period
- Students are allowed quiet study with materials once their exam is completed at the discretion of the exam prefect.

When in doubt, always talk to your teachers. Find out what is acceptable and what is not. Do not assume that what might be acceptable for one teacher will be acceptable to another. Be mindful that teachers are likely to use resources that check for plagiarism and cheating. While technology might make it easier to cheat, it also makes it easier to catch offenders. Ultimately, a student should ask himself, "Am I completing this work the way my teacher intends?" If the answer is no or unsure, then this may be an instance of academic dishonesty.

**Summary**
At Creighton Prep we wish to foster the integrity of each student. We also desire to support the real humility it takes to attribute all sources and the hard work it takes to develop the conscience in those areas where right and wrong may not be self-evident.

Any violation of this policy may lead to academic consequences up to and including course failure as well as disciplinary consequences up to and including dismissal from school. When cheating in any form is discovered, the teacher will inform the Dean of Students who will investigate the incident and determine the appropriate course of action. Repeated violations will magnify the consequences, increasing the likelihood of course failure and dismissal from school.

A student applying to colleges and universities or applying for scholarships should always represent himself with the highest degree of integrity and truth in the information he reports. A student who does otherwise may face dismissal.

# CAMPUS MINISTRY

Campus Ministry aims to provide students with opportunities to strengthen their faith, build a personal relationship with Christ, create everlasting bonds with their classmates, and get them excited about being Christian leaders in our world.

**Student Involvement in Campus Ministry**

Student involvement is central to the Campus Ministry program.  Students act as leaders for the Freshman, Sophomore Overnight, and Junior Encounter Retreats. Students can participate in several service ministries, including tutoring at Jesuit Academy, serving the evening meal at the Siena/Francis House, joining the Habitat for Humanity Club, participating in Operation Others, or going on a service/immersion trip.  Students play an active role in planning our liturgies and prayer services, in addition to acting as EMHCs, lectors, and altar servers.  Students can visit the Campus Ministry Office to learn more about getting involved in these ministries.

**Prayer and Worship**

Mass is celebrated on Monday, Wednesday and Friday at 7:10am in the Skinner Chapel except on days when all-school masses are celebrated during the Community Period. Students and parents are always welcome to attend. On a regular basis, liturgies and prayer services are celebrated as part of the Community Period curriculum with specific classes or in an all-school format. All students are required to attend school liturgies and prayer services as scheduled. Parents are welcome to attend.

FaithCP (faithcp.creightonprep.org) is Prep's daily prayer app and website. FaithCP provides daily scripture, reflections, and prayer grounded in the spirituality of St. Ignatius of Loyola, the founder of the Jesuits. Students and parents are encouraged to visit FaithCP to pray with the day's scripture passages and reflection, to pray the daily examen, or to submit a prayer request.

Reconciliation is offered through communal reconciliation services, on retreats or privately upon request.

Every Friday, when school is in session, students have the opportunity for Eucharistic adoration during the school day in the Skinner Chapel. The Skinner Chapel is also available throughout the day for classroom prayer and private prayer for students, faculty, staff, and parents.

**Christian Life Communities (CLC) and Alpha**

Campus Ministry hosts the Alpha Youth Program, which is a ten week course that provides students the opportunity to explore life, faith, and meaning.  Students also have the opportunity to join a Christian Life Community, which is a small faith-sharing group that meets 2-4 times a month.

**Big Brothers**

Big Brothers is a senior moderated peer support organization for incoming freshmen. Seniors provide transitional support for freshmen beginning in May of eighth grade after their acceptance and registration. Under the moderation of faculty in Campus Ministry, senior big brothers host freshman little brothers for freshman orientation, August registration, days of service, dances and breakfast and lunches. Seniors provide transportation for freshmen for several of these events. Parents who have concerns about transportation may contact the Campus Ministry Big Brothers' moderator.

**Retreats**
Retreats are an opportunity for our students to step back and reflect on God's work in their lives. The *Spiritual Exercises* of St Ignatius are the inspiration for our retreat program.

**Freshman Year - Required**
Freshman Retreat is a two and one-half day retreat experience organized and conducted by Campus Ministry, teachers, alumni, and upper-class student retreat leaders. The retreat is based on the concepts of community and love of God. This mandatory retreat, held at school, a service site, a recreation site and a group leader home, takes place the first or second weekend in February. Junior and senior retreat leaders and a partner will drive the freshmen in their group to the service site, recreation site, the group leader home for a prayer service and then back to Prep.

**Sophomore Year - Required**
This is a one-day retreat from 7:45am to 2:45pm led by a faculty member. Ten sophomores are excused from classes every Friday and travel in a school van driven by the faculty member to the Heart Ministry Center. There, they learn about the mission of the Heart Ministry Center and spend the day working in the Heart Ministry Center's food pantry.

Sophomores also have the opportunity to participate in an **optional Sophomore Overnight Retreat**. This is a 24 hour overnight retreat led by two faculty members and 2-3 upperclassman retreat leaders that takes place at Camp Fontanelle in Nickerson, NE. Students are driven to the retreat center by a faculty member in the school van or by a junior or senior retreat leader in a car. The retreat activities include small group faith sharing, personal prayer, and focuses on relationships with God, others, and self.

**Junior Year – Required (one of two options):**
Juniors are required to select one of the two following options:
1. **Junior Encounter Retreat** is a two and one-half day experience of Christian community and sacraments. This is a powerful opportunity for spiritual conversion for many students. A series of talks are given by Creighton Prep senior group leaders. Group discussion and prayerful reflection help students to see Christ working in their families, their friends, and their own lives. Five of these retreats are offered for juniors; students can choose their preferred dates based on availability. See school calendar for details. The retreat takes place at the Creighton University Retreat Center in Griswold, IA. Students are transported from Prep to the retreat center and returned to Prep by bus.
2. **Junior Ignatian Service Retreat** focuses on service to neighbor and reflecting on the impact of the service on the student and the population served. Students travel to the Francis House shelter. They serve the evening meal and help with the various needs of the shelter.

**Senior Year - Optional**
This optional retreat takes place in March and focuses on reflecting on the past years at Prep and moving forward. This retreat begins with dinner at a parent or faculty member's home. The remainder of the retreat takes place at Creighton Prep. This is not an overnight retreat. Most seniors attend this powerful retreat experience.

**Adventure Retreat**
Rising juniors and seniors have the opportunity to participate in a four day summer Adventure Retreat, which involves hiking, periods of silence, and faith-sharing that is grounded in the *Spiritual Exercises* of St. Ignatius of Loyola.

**Absence from School for Retreats**

Students who miss school while participating in retreats will receive excused absences. They are given reasonable time to complete their assignments, according to the school attendance policy. Students should alert their teachers one week before the retreat.

**Service Requirements at Creighton Prep**

Prep's mission is to form young men of faith, scholarship, leadership, and service in the Jesuit and Catholic tradition. Prep students are required to complete a minimum of 50 hours of service during their tenure at Prep. All service hours that Prep students complete must involve direct contact with people who are materially poor or marginalized in our society.

**Freshman Year – Required**

Freshmen are required to complete three hours of service with Prep Big Brothers in the fall semester. The senior big brothers will provide transportation from Prep to the service site on the required service day for freshmen.

**Sophomore Year - Required**

Sophomores complete seven hours of service through the Faces of Christ Retreat. Students spend a day working in the Heart Ministry Center's food pantry. Participants are accompanied by a Prep faculty or staff member and are transported in a school van.

**Junior Year – Required (one of two options)**

Juniors are required to take Catholic Social Teaching OR Catholic Social Teaching Plus, both of which have a service-learning component.

1. **Catholic Social Teaching Plus** is a two-block course that has a 40 hour service component that is completed during the school hours. Students who take CST Plus fulfill their service requirement through this course. Students are required to provide their own transportation to and from their service site.
2. **Catholic Social Teaching** is a one-block course that has a 20 hour service component that is completed outside of school hours. Students are required to provide their own transportation to and from their service site.

**Senior Year – Required or Optional**

Seniors who have not already fulfilled their 50 hour service requirement have several service opportunities available to them to fulfill their requirement.

1. Seniors can take a service-learning elective course, such as the Arrupe Experience (30 hours of service) to help them meet their service requirement.
2. Seniors who choose not to take a service-learning elective can work with Prep's Service Coordinator to complete their required hours of service outside of school through one of Prep's service clubs, a service trip, or by continuing to serve at their CST site.

**Other Service Opportunities**

Students can contact Prep's Service Coordinator to participate in any of the following service activities.

1. Participating in Operation Others, which is a program that provides food assistance to families at Christmas.
2. Serving the evening meal at the Siena/Francis House homeless shelter.
3. Tutoring at Jesuit Academy.
4. Helping to build a home for people in need by joining Prep's Habitat for Humanity Club.
5. Helping Campus Ministry set up an apartment/home for a refugee family resettling in Omaha.
6. Participating in a service trip to the Dominican Republic, Mexico, or the Rosebud Reservation.
7. Participating in a social justice trip to the Ignatian Family Teach-In or the March for Life, both of which take place in Washington, DC.

26

## STUDENT SUPPORT SERVICES

Student Support Services addresses the specific needs of each member of the student body in providing, personal, academic, career and college guidance. This includes a variety of student services: personal and social counseling, substance related evaluation and counseling, study skills assistance, discipline counseling, academic advising and registration information, standardized testing and interpretation, and mental health care and referrals to outside agencies.

**Guidance Counselor**
Students are assigned a guidance counselor as freshmen and generally maintain that counselor through senior year. Counselors assist students through age-appropriate guidance curriculum during their four years at Prep through Community Period and other meetings, programs and activities. Students who make regular use of the resources available through the counseling department often find their high school and college performance measurably enhanced.

Counselors visit with students individually or as a group on a regular basis and see individuals when grades or other factors indicate that a student may be experiencing unusual difficulty. However, no counselor can read minds, and it is the responsibility of the student to make an appointment with his counselor when circumstances arise which require an appointment. After leaving a message to see your counselor, the counselor will contact the student within twenty-four hours unless he indicates that a meeting must take place sooner.

**Licensed Mental Health Practitioner**
The Licensed Mental Health Practitioner is available to help students and parents with emotional and behavioral concerns.  Students will have access to and be provided individualized mental health counseling, group sessions, drug and alcohol education and counseling, suicide awareness and prevention.  This person also provides programming to students and parents concerning topics relevant to adolescent physiological development.

**Director of College Counseling**
The Director of College Counseling provides students and parents with specialized expertise and insight into the college admissions and scholarship application processes.  The Director of College Counseling offers and coordinates programming related to the college admissions and scholarship application processes such as college visits, parent and student presentations, and individualized college counseling, as needed.

**Director of Student Advocacy and Outreach**
The Director of Student Advocacy and Outreach assists students and their families with any special socioeconomic or cultural needs that might prevent them from reaching their full potential at Prep by helping them find resources, mentors, programs, etc.

**Learning Specialist**
The Learning Specialist develops and reviews accommodation plans for students with diagnosed learning differences.  The learning specialist works with students, parents, teachers and administrators to ensure that all Prep students with learning differences receive the support they need to be successful.

**Academic Coach**
The Academic Coach assists students who need additional academic coaching in forming skills, behaviors, and habits of mind that are required for successful independent learning at Prep.  The academic coach works with students that have formal learning accommodations and also those needing assistance during their transition into Prep.

**Parent Concerns about their Children**
Parents should generally begin with their son's school counselor and are invited to speak with the school counselor at any time about academic, personal or social concerns. Often parents may feel uncertain about where to turn or what to do. The school counselor serves as a starting point for dealing with many adolescent issues and as a central point of contact if coordination with teachers or members of the support services staff is necessary. At the same time, parents should first contact the teacher when a specific classroom issue arises as that person is probably best prepared to discuss those circumstances. Following that conversation, a conversation with the counselor may be appropriate.

**Confidentiality Policy**
There are four instances in which a counselor and teachers are legally bound to inform a parent and/or authority with information given during a confidential counseling session: 1) when a student indicates he is going to physically harm himself or jeopardize his life; 2) when a student indicates he is going to physically harm another or jeopardize another's life or has knowledge that another's well–being is threatened; 3) when a student indicates he is being physically, sexually, or emotionally abused; 4) when a student indicates he has committed a felony.

**Family Connection**
Students are given an account on our Family Connection website. Parents may also request as separate account. This software will inform students and parents about college visits at Prep, scholarship opportunities, college searches, ACT and SAT test preparation courses, career planning, course selection, goal setting, personality type inventory and a variety of other resources. This software is an integral part of the guidance process. Students are encouraged to use this often.

**Reporting of Mental Health and Substance-Related Concerns**

**Reporting the Concerns of Others:**
At Creighton Prep it is the primary goal of the institution to provide a safe learning community for all. It is paramount that the school has the assistance of the community to ensure the personal safety of its student body.

Occasions may arise when students or parents have concerns regarding the mental health, substance use or psychosocial safety concerns, such as but not limited to, depression, anxiety, suicide, bullying, or aggressive plans towards individuals or the community at large, or pertaining to others in our community.

Individuals are encouraged to discuss concerns with the school's Guidance Counselors, Licensed Mental Health Practitioner, school administration or a trusted faculty member. The reporting of these concerns will be held in the highest regard of confidentiality. Appropriate action to ensure the safety of the student(s) and community are the main priority. In encouraging an open dialogue regarding the issues that impact our students and community as a whole, it is our belief that it is better to say something to ensure the well-being of that individual and possibly the school community as a whole.

**Reporting the Concerns of Self:**
Students, parents or guardians may voluntarily seek help from school personnel, including Creighton Prep's Guidance Counselors, and Licensed Mental Health Practitioner, administration or faculty members concerning a student's use of controlled substances, patterns of illicit drug/ alcohol use or acute/ chronic mental health issues, either of which have the potential of impacting the students psycho-social development. Any information obtained through 'Self-Reporting" of potential substance abuse and/ or mental health concerns will be held in the highest regard of confidentiality  and as associated with the use or possession of illicit substances, including alcohol, will not serve as a basis for disciplinary action.

28

Voluntarily seeking help, as described above, does not provide immunity for disciplinary action should evidence emerge under Apprehension (Section II-A-2, excluding item e.). Additionally, immunity is not granted to students who continue to use, possess, or distribute illicit drugs, including alcohol.

**Students with Diagnosed Learning Differences**
Creighton Prep will provide appropriate, individualized accommodations for students who can provide a clear statement of a specific diagnosis from a qualified professional as determined by the school. This diagnosis must include a narrative describing the student's disability and specific recommendations for academic compensatory strategies. Only students who have a diagnosed disability and have an academic accommodation plan on file with the Learning Specialist will be eligible for special accommodations on assessments. Creighton Prep will collaborate with families, health care and educational professionals in order to develop an appropriate accommodation plan that can be implemented within the capability of our resources and is consistent with a college preparatory education.

**College Placement**
Creighton Prep provides comprehensive, on-going college advising to students and families that includes, but is not limited to: testing, individual and group counseling, and document processing for college admission, scholarships, and financial aid.

College preparation with students begins freshman year and accelerates throughout senior year. The Director of College Counseling and guidance counselors provide services that assist students and families throughout the college exploration, application, and matriculation process. Connecting students with programs and opportunities that fit their academic, personal, spiritual, and social needs is our focus. Through a variety of classroom meetings, college visitors, evening programs and individual guidance, students are assisted through the college admission cycle. Beginning freshman year, students are encouraged to conscientiously apply themselves to their studies and plan their coursework and co-curricular activities in a way which increases the probability that they will be accepted by colleges of their choosing.

**College Admissions Testing**

- **PSAT/NMSQT - Preliminary Scholastic Aptitude Test/National Merit Scholarship Qualifying Test -** This test is administered in the fall to all freshmen, sophomores and juniors. In the junior year, it also serves as a qualifying test for the National Merit Scholarship Program. It provides practice for the SAT and Career and College planning resources.
- **ACT and SAT - American College Testing Program and Scholastic Aptitude Test –** Most colleges and universities require scores on either the ACT or SAT as a part of the admission process. All students are encouraged to take one of these tests. Students are responsible for registering for these exams.
- **SAT II Achievement Tests –** SAT II tests are hour-long examinations administered in virtually every college-preparatory subject matter. The tests are offered at various times throughout the school year. A few selected universities and colleges require that students take achievement tests for admission and placement. Students are encouraged to speak with their counselor about the need for these achievement tests.

Students with learning accommodation plans must contact the Learning Specialist to apply for special services on standardized exams.

**Submission of Standardized Test Scores and Transcripts in the College Process**
Creighton Prep does not submit results of standardized tests (ACT/SAT1 or SAT subject tests) as part of the transcript request process to colleges and universities. It is the student's responsibility to determine which test scores will suffice for admission purposes at the colleges where he may be applying. Also, the

student understands that official score reports should be requested from College Board or ACT and submitted directly to the educational institution receiving the student's application. The guidance office will submit test scores on file to athletic programs or coaches and scholarship organizations at a student's request.

Parents and students must inform the guidance office regarding the release of a student's official transcript. Parents must inform the guidance office if they have a preference regarding the release of student information.

**Advanced Placement Tests**
Students enrolled in advanced placement courses are encouraged to take these tests each May. Depending on the specific policy of the individual college or university, a student may glean advanced standing as a result of his achievement on these examinations.

**College Visits**
College visits to a campus should ideally be scheduled when school is not in session. A Planned Absence Form is required for any college visit that involves missed class time. College visits, without prior approval from the Dean of Students and the student's school counselor, may be considered unexcused absences and no makeup privileges may follow.

When college representatives visit Prep's campus, they are generally scheduled during Community Period or lunch so students will not miss class time. When juniors and seniors would like to miss class time to visit with a college representative who is not available during Community Period or free time, the student must be in good academic standing and clearly communicate with and receive approval from his teacher at least one day in advance. A list of visiting college representatives can be found on Family Connection. It is important that students plan ahead for these visits.

**Notification to Colleges**
Creighton Prep has a moral and professional obligation to inform colleges and universities of a student's change in schedule during his senior year. Additionally, if a senior student experience academic difficulties during the year, the guidance counselor reserves the right to inform the colleges and universities where the student has applied.

**College Placement Deadlines**
Please pay careful attention to deadlines as noted on Family Connection. Meeting application, scholarship, transcript request, and testing deadlines are student and parent responsibilities. Failure to do so will affect admission, scholarship, and testing eligibility.

**National Candidate's Reply Date is May 1**
Senior students must confirm their attendance with the school of their choice by this date. Commitment is identified by returning an enrollment form and an enrollment deposit. You also are expected to notify the schools that offered you admission and/or scholarship that you will not be accepting their offer. Please note that any scholarships/special programming offered at colleges and universities may not be guaranteed if you do not respond to the school of your choice by May 1.

**Release of Student Disciplinary Information to Colleges and Universities**
Although we view discipline as part of the educational process and normally an internal matter, rule violations by students at Creighton Prep may have consequences beyond Prep. Colleges and universities have become increasingly concerned about student behavior on their campuses. When asked, students and college counselors are expected to respond honestly regarding serious disciplinary infractions, which generally include matters for which dismissal is considered. Such reports may occur at the time the application is submitted, while the application is being reviewed by the college or university, or after the

admission decision has been made, depending upon when the major rule violation takes place. As advocates for our students, the guidance counselors will work closely with students in reporting these matters to colleges and universities.

## STUDENT WELFARE AND RESPONSIBILITY

**Statement of Non-Discrimination**
Creighton Prep admits academically qualified students, regardless of race, color, national or ethnic origin to all the rights, privileges, programs and activities generally accorded or made available to students at Creighton Prep. These students must evidence the ability and willingness to pursue a college preparatory course of studies. The candidate for admission must demonstrate values commensurate with the philosophy, goals and objectives of Creighton Prep. For example, he must be willing to grow into, and be guided by, the descriptors presented in the Profile of Graduate at Graduation. Creighton Prep does not discriminate on the basis of color, race, national or ethnic origin in administration of its educational or admissions policies, scholarship and loan programs, and athletic and other school-related and administered programs.

**Respect for Others, Harassment and Bullying**
Prep's hope is that every one of its students is a young man who respects and cares for others here at school and every place he goes. Caring for and respecting one's friends is easy. The challenge, and the expectation is that a Prep student is one who respects and cares for those who are different.

Any student who teases, hazes, bullies, or otherwise disrespects another person stands in direct opposition to this goal. This type of behavior is sometimes seen in physical or verbal confrontation, but more often it is seen in a subtle and silent form of snobbery or unfriendliness. In either case, the result is the same. People are bound to feel alienated, angry, and hurt.

For these reasons, our language and action must reflect and nurture this fundamental attitude of respect for others. Creighton Prep prohibits any action taken or situation created to produce unusual mental or physical discomfort, embarrassment, harassment or ridicule. Any action or situation by a group or individual that is morally degrading exposes an individual to physical injury, or intimidation is prohibited.

Harassment occurs when an individual is subjected to treatment or to a school environment that is hostile or intimidating because of the individual's age, race, creed, color, national origin, physical disability, gender, sexual orientation or other differences including appearance or personality. Harassment can occur any time as a single incident or as multiple incidents. It includes, but is not limited to, any of the following behaviors:

1. Verbal harassment includes derogatory comments and jokes as well as threatening words spoken to another person.
2. Physical harassment refers to unwanted physical touching, contact, assault, deliberate impeding or blocking movements, as well as any intimidating interference with normal work or movement.
3. Visual harassment includes derogatory, demeaning or inflammatory posters, cartoons, written words, drawings, and gestures.
4. Sexual harassment includes unwelcome sexual advances, requests for sexual favors, verbal statements of a sexual nature, or physical conduct of a sexual nature that cause a person to feel threatened, patronized, humiliated, embarrassed or uncomfortable. Sexual harassment may be deemed to have occurred whether the communication is verbal, physical, pictorial, written or electronic.

31

Specific examples of sexual harassment include, but are not limited to, the following: making unsolicited sexual advances and propositions; using sexually degrading words to describe an individual or an individual's body; displaying sexually suggestive objects or pictures; telling inappropriate or sexually-related jokes; making reprisals, threats of reprisals, or implied threats of reprisals following a negative response to sexual advances.

Bullying is unwanted, aggressive behavior that involves a real or perceived power imbalance. It is repeated or has the potential to be repeated over time. Bullying includes actions such as making threats, spreading rumors, attacking someone physically or verbally, and excluding someone from a group on purpose. Bullying includes, but is not limited to, any of the following behaviors:

1.  Verbal bullying includes teasing, name-calling, inappropriate sexual comments, taunting or threatening to cause harm.
2.  Social bullying includes leaving someone out on purpose, telling others not to be friends with someone, spreading rumors about someone or embarrassing someone in public.
3.  Physical bullying includes hitting, kicking, pinching, spitting, tripping, pushing, blocking access, taking or breaking someone's things, making mean or rude hand gestures.
4.  Cyberbullying is bullying that takes place using electronic technology. It includes mean text messages or emails, rumors sent by email or posted on social networking sites, and embarrassing pictures, videos, websites, or fake profiles.

The school is watchful for conditions that create or may lead to a hostile or offensive school environment. It will treat allegations of harassment seriously. The Dean of Students will review and investigate such allegations in a prompt, confidential, and thorough manner. It is important to remember that because Prep is a school, we will attempt at first to treat violations of this principle in a way that resolves the conflict in an educational and developmental manner. However, any serious violation of the dignity of the other or any repeated behavior may result in disciplinary action up to and including dismissal.

It is the responsibility of every student to act in a manner that positively contributes to the school environment. When a student is told that he is perceived as engaging in disrespectful behavior, he must cease that conduct immediately.

Should a student be the object of behavior that is offensive and unwelcome, he should tell the individual causing the harassment to stop. If the objectionable behavior does not cease immediately, the individual may report the harassment to a trusted adult, counselor or Dean of Students.

A charge of harassment shall not, in and of itself, create the presumption of wrongdoing. However, substantiated acts of harassment will result in disciplinary action up to and including dismissal. Students found to have filed false charges will also be subject to disciplinary action, up to and including dismissal.

**Journals**
Journals kept for classes are regarded in the same light as any other written schoolwork. They should not be regarded as confidential material in situations of concern for life, health and safety.

**Medical Emergencies**
In the case of a medical emergency, when parents or other emergency contacts cannot be reached, the school shall assume parental permission to transport their child to the nearest emergency room for treatment. Ambulance transportation may be called in an emergency situation if deemed necessary by school personnel. Such cost shall be the responsibility of the parent.

**Student Health Update**
Parents should provide the school with emergency action plans (EAPs), authorizations for prescription medications, or authorizations to carry and self-administer medication prior to each school year or as needed. These forms are available in the Dean's Office or through the Dean's webpage. It is the parent's responsibility to notify the Dean's Office if changes occur.

**Medical Insurance**
Creighton Prep strongly recommends that parents carry medical insurance for their sons for injuries and accidents. Creighton Prep does not offer insurance or pay for injuries that occur in the normal course of a student's educational life. This includes but is not limited to injuries or accidents related to the classroom, field trips, retreats, co-curricular activities and athletics.

**Student Records**
A cumulative student file will contain only an academic transcript, attendance records, educational testing records, parental contact information, and required health information. All information will be factual and not observational. Observational files will be destroyed after graduation. Creighton Prep may refuse to release records if a child has not completed the required course of studies with a passing grade.

**Issues of Custody**
Creighton Prep is guided by the provisions of the Buckley Amendment. Thus, non-custodial parents will be given access to the academic records and information regarding the academic progress of their son(s), unless there is a court order specifically stating that the non-custodial parent is denied access to such information.

The rights to school or student information of parents who do not have custody of their children are as follows.

- Court orders: At the time of registration and/or as the parents become aware, certified court orders must be presented to the Dean of Students or registrar by either or both parents.
- Records: Non-custodial parents may submit written requests for their children's records. School personnel may assume the non-custodial parent has a right to the student's records unless a certified court order to the contrary has been provided. School personnel do not need permission from the custodial parent to provide records to the non-custodial parent, but they will make an attempt to notify the custodial parent that the school intends to comply with a request from the non-custodial parent.
- Conferences: Non-custodial parents may attend regular parent/teacher conferences or arrange special parent/teacher conferences.
- Information: General school information, such as lunch menus or announcements of school events are not considered part of the student's records. The school is not required to provide such information to noncustodial parents, but may comply with requests if it is feasible to do so. Non-custodial parents may be asked to bear the cost of postage required to provide such information.
- Other Contacts: The school will not release a child to the non-custodial parent unless asked to do so in writing by the custodial parent. If custody has not been decided, the student may leave with either parent unless a certified court order to the contrary has been provided. Non-custodial parents may visit the student's classes unless restricted by a court order.
- Joint Custody Information: If parents have joint custody, each parent will have the same rights unless restricted by court order. The school may require a certified copy of the legal document indicating who is the custodial parent and may also require identification from the non-custodial parent.

**Child Abuse or Neglect**
State law requires that, if any school faculty member, counselor, school administrator, or priest has reasonable suspicion that a student has suffered from any form of child abuse (emotional, physical, or sexual) or neglect, the school contact Child Protective Services of the Nebraska Department of Social Services or the Omaha Police Department. The school must also cooperate with Child Protective Services or police investigations of reports of child abuse or neglect. In cooperation with such investigations, the school may be prevented from informing parents of such suspicions or investigations.

**Cooperation with Law Enforcement and Other Governmental Agencies**
In cooperation with law enforcement personnel or other governmental agents requesting access to students, the designated administrator of the school will grant access in accord with the expressed wishes of the student's parent(s) or legal guardian(s). Exceptions to parental or guardian wishes must be made in the case of a warrant for arrest and in the case of investigation of suspected child abuse or neglect, as defined by Nebraska statute and directives of the Archdiocesan Child Protection Policy. A staff member must be present during an interview with the student conducted by law enforcement or other government agents.

**Students Living Away from Home**
While Creighton Prep recognizes the student's right to privacy and confidentiality, there are serious complications caused for the student, the school, and the family as the result of teenage pregnancy, marriage, or moving away from the home. These situations can cause serious problems for the school-family relationship in regard to academics and supervision. In such cases the Head of School must be notified so the student's best interests may be served. Students must have appropriate adult supervision, either parents or someone appointed by the parents, in their place of residence. Students are not allowed to rent their own apartment or house.

**Pregnancy Policy**
Creighton Prep supports the position of the Catholic Church that abstinence is the proper choice regarding premarital sex. The school emphasizes the need to make positive moral choices, including decisions regarding sexual conduct. However, Catholic teaching also embraces a compassionate attitude toward those who become pregnant or are responsible for a pregnancy. When Creighton Prep becomes aware of the impending fatherhood of a student, the guidance counselor will schedule a meeting with the student and his parents. In the exercise of its sole discretion, school administration will determine an appropriate course of action for meeting the student's educational goals.

**Married Student Policy**
Students in Catholic schools who marry may complete their education in Catholic school in accord with the following guidelines. Catholic students must be named within the laws of the Church and must have complied with Archdiocesan regulations regarding teenage marriage. Non-Catholic students must comply with comparable regulations deemed appropriate by the school administration. The student must continue to observe academic and disciplinary regulations. The school administration must determine that attendance on the part of the student will not have adverse effects upon the rest of the student body.

**Anonymous Reporting Policy**
Creighton Prep will act upon signed or in person communication as it relates to academics, discipline or co-curricular activities. In general, a response will not be given to anonymous communications. The school will treat anyone who feels compelled to share information with respect for confidentiality, but not with anonymity from school administration or personnel.

**Voluntary Association and Parent or Student Disagreement with the School**

Attendance at Creighton Prep is a privilege and it is also a voluntary association between the student, his parents and the school. As such, the relationship can be terminated at any time by the student and his family or by the school administration.

If serious dissatisfaction with the school results in ongoing agitation on the part of the student, his parents, the school administration will assess the impact of such agitation. After discussion of the matter with parents, the school administration may exercise the school's prerogative to withdraw permission for enrollment of the student.

# ATTENDANCE POLICY

Regular attendance builds and indicates growth in self-discipline, responsibility, and maturity; it also helps the student keep up with the daily learning exercises that will later be examined for course credit, graduation, and college entrance. Students are expected to be in each of their scheduled class and study periods every day. If a student misses more than six (6) classes in any one course during a semester, for any reason (excluding school activities), he may receive a failing grade and be withdrawn from that class. Withdrawal from a class will result in a mandatory study hall. Students who are permitted to continue in class will receive reduced consideration for absences. Students who have repeated problems with attendance may be placed on probation or dismissed from school. Parents are encouraged to keep track of the times their sons are absent from school through PowerSchool.

**Scheduling Absences Outside School Time**

Parents should avoid scheduling family vacations, dental and medical appointments or college visits when school is in session. Vacations, college visits and family trips without prior approval from the Dean of Students may be considered unexcused absences and no makeup privileges may follow. Parents, as the primary caregivers and educators of their children, have a right to remove their child from school. However, Creighton Prep, through the Dean of Students, reserves the right to determine if an absence is excused or unexcused.

**Requests for Planned Excused Absences**

All requests for planned excused absences (vacations, college visits, non-school related event and other trips) are made to the Dean of Students using a Planned Absence Form. Planned absences may be considered excused by the school when the procedures stated below are followed:

1. The student obtains, delivers and returns the form to the Dean of Students prior to the absence
2. Teachers complete their portion of the form giving some indication as to how the absence will affect the student's grade, whether make-up work is allowed and, if so, what the expectations are for completing the work
3. Parents must review teacher comments and make a reasonable decision before signing the form
4. For college visits, the student must have the signature of his counselor
5. The Dean of Students gives final approval, makes any additional comments and places the form in the student's attendance file

Factors for all parties to consider are the reason, the timing, the length, the academic and disciplinary standing of the student, and the absence history of the student. A completed Planned Absence Form is considered written notification of the absence. Failure to properly complete the form may result in disciplinary consequences and unexcused absences for the period that the student is not in class. In that case, make-up work may not be allowed.

**Tardy to School and Class**

Students must make every effort to arrive on time to school and class. Oversleeping, missing the bus, car trouble, car pool problems, traffic problems, school or non-school activities the night before, or any other questionable reason are unsatisfactory excuses for being tardy. It is understandable that there will be reasons, sometimes beyond the student or parent's control for being tardy or late. The chart below details the consequences for lack of promptness.

| Reason | Definition | Consequences |
|---|---|---|
| **Tardy Unexcused to School or from Lunch** | Late to first period or to the student's first class of the day without a legitimate excuse.<br><br>Late to the period following his lunch. | The student should go to the Dean of Students' Office before proceeding to class. The student will be marked TARDY and will receive consequences proportional to the length of tardiness including maximum academic credit of 70% and Jug. |
| **Tardy Unexcused to Class** | Late for any period except those outlined above. | Student should go to class. The student will receive one demerit for PROMPTNESS from his teacher. Additional consequences may be imposed for repeat offenders or for students who are excessively late. The student will lose academic credit for missed class time. |
| **Absent Unexcused** | Missing more than twenty minutes of any period due to oversleeping, missing the bus, car trouble, car pool problems, traffic problems, school or non-school activities the night before, or any other questionable reason as determined by the school. | Five demerits, Saturday Jug and maximum academic credit of 70% for the missed class time. |
| **Truant** | Missing more than twenty minutes of any period without permission from the school or without satisfactory explanation other than those noted under Absent Unexcused. Repeated absences for any reason may result in the student being declared truant at the discretion of the school. | Five demerits, Saturday Jug and zero academic credit for the missed class time. |

**Absence Procedures**

Unless a note has been sent in advance, a phone call from a parent or guardian is expected before 8:30 a.m. on the day a student is absent. Please call 402-393-1128 and provide the following information:

- name of the student
- relationship of caller (mother, father, guardian)
- date(s) of the absence or the time during the day of the absence
- reason for the absence.

If a parent fails to call the school, the student will receive one Jug. Students are responsible for reminding parents to make this call. The school may call home if no absence has been reported by 8:45 a.m. If a student is to be out for an extended period of time, a call does not need to be made every day.

A student is responsible for presenting a note to the Dean of Students prior to his absence or before his first class at the time that he returns from an absence. The note should contain:

36

- name of the student
- date(s) absent or the length of time during the day of the absence
- reason for the absence, including any extenuating circumstances
- dated signature by the parent or guardian.

If the student fails to bring a note, he will receive one Jug per day. A note is always required, even if the parent has already called in the absence.

**Extended Illnesses, Concussions – Return to Learn**
In cases of extended or serious illness, concussions or other serious injury, a statement may also be requested from the family physician advising the school on the situation and any special help the student may need from the school for recovery to good health. The school will cooperate in helping students catch up with class work in an attempt to balance the student's needs with the academic integrity of the courses involved.

**Mid-Day Departures and Returns**
Any student who has any planned or unplanned reason to leave during the school day should report to the Dean of Students' Office prior to his departure and upon his return. A student must remain in school until his parents have been notified and given him permission to leave. A note in advance is sufficient notification. In the case of an unplanned absence (for example, sudden illness), an immediate phone call with a follow-up note is required.

**Parent/Guardian Out of Town**
Parents or guardians should inform the school whenever they are out of town, and leave the name and phone number of the person in charge of the family during their absence. They should also note where they might be reached in case of emergency.

**Unexcused Absent and Truant from Class, School or Other Activities**
A student who is unexcused absent or truant from class, school, assemblies, liturgies or other required school activities will receive consequences, including but not limited to demerits, Jugs, loss of academic credit, suspension from co-curricular activities and reduced consideration for other absences on his record. Furthermore, students will be assigned progressive disciplinary consequences related to the number and frequency of these absences.

**Absences on Semester Exam Days**
The days scheduled for semester exams are scheduled school days and attendance for those exams is required. Exams are scheduled in this manner to allow the student sufficient time to prepare and to maintain the integrity of the examinations for all students.

**Parents and students should not arrange early vacations, trips, work, medical appointments or make other requests that would necessitate missing these days.** These absences may be considered unexcused and the student may forfeit the opportunity to take his final exam and lose academic credit as a result. Exceptions to this policy are generally reserved for documented serious medical or family reasons and must be approved by the Academic Principal.

**Absence Due to In-School-Suspension (ISS)**
Any student who causes discipline problems will potentially bring this absence situation upon himself. Homework and test materials will be provided in ISS, but the student will miss the learning exercises that occur in the class. Furthermore, the student is ineligible to attend or participate in any co-curricular activity as a member or as a spectator.

**Absence Due to Out of School Suspension (OSS)**
Any student who causes discipline problems will potentially bring this absence situation upon himself. The student will receive limited academic credit and assistance for the days that he is out of school. The student is also ineligible to attend or participate in any co-curricular activity as a member or as a spectator.

**Absence Due to Overdue Tuition**
This is an avoidable absence created when parents do not communicate with the school after overdue tuition notices have been received. Since this absence is often beyond the student's control, teachers will try to help the student keep up with missed class work. Parents need to be aware that these absences in combination with others can affect the student's overall record.

**School Activity Absence**
These excused absences should be kept to a minimum on the part of both the school officials and students. Students must plan each absence in advance with each of his teachers, and must maintain academic work and effort. Examples include: academic contests, athletic contests, field trips, meetings with college representatives, guest speakers, etc.

**Attendance at Co-Curricular Activities on Days of Absence or Suspension**
In order to attend or participate in co-curricular activities, including athletic practices and competitions, the student must attend at least three full classes on a C day or two full classes on A and B days. These classes must be courses in which academic credit is earned. Any exceptions require permission from the Dean of Students. When a student is in ISS or OSS, they may not attend or participate in any co-curricular activities. This includes athletics, student council, speech and debate, clubs, intramurals, etc.

**Falsification of Notes and/or Misrepresentation by Phone**
Forging a parent's or guardian's signature on a note or other communication, altering a note or communication in any way, making or having someone else make a phone call to the school in which the caller falsely claims to be a parent or guardian is dishonest. Moreover, notes written by parents giving false reasons for absences or requests to be off campus are dishonest. Students may be suspended and liable for dismissal for any of the above offenses.

**Summary of Absence Procedures**

| Reason | Procedure | Follow Up |
|---|---|---|
| **Illness** | Parent is expected to call school on the day of the absence. Failure to call may result in Jug for the student. Student should bring a note with required information to Dean of Students upon his return. | Full make-up privileges. Student must contact the teacher. Assignments and tests may be completed reasonably late as agreed upon with his teachers. For an extended illness, the school will assist in gathering assignments. |
| **Death in the Family or Other Family Emergency** | Parent is asked to call the school. Student should bring a note with required information to Dean of Students upon his return. | Full make-up privileges |
| **Medical Appointments** | Unless it is an emergency, the parent should notify the school by phone or note in advance of the appointment and follow up | Full make-up privileges |

38

| | with a note from the doctor's office when returning to school. | |
|---|---|---|
| **School-Sponsored Activities Such as Retreats, Athletic Contests or Academic Events in Which the Student is an Active Participant** | Retreat director, coach or moderator will notify the Dean of Students and faculty in the case of school-sponsored activities. The student is responsible for discussing the absence and make-up work with his teachers, at least one day in advance of his absence. | Full make-up privileges |
| **Planned Absences** | Student is responsible for completion of Planned Absence Form. Failure to complete the form may result in unexcused absences for the periods that the student is not in class. In that case, no make-up work will be allowed. | Teachers may provide assignments or make-up work. Teachers are under no obligation to provide additional help or instruction. |
| **Unexcused from School, Class or Required School Event** | The Dean of Students will notify the parents and teachers. | The student may make up work at his own initiative. Student will receive a maximum grade of 70% for any work, including homework, labs, tests, etc. If a student does not complete the work, he receives an appropriate grade according to the course syllabus. |
| **Truant from School, Class or Required School Event** | The Dean of Students will notify the parents and teachers. | No make-up privileges with disciplinary consequences according to the handbook |
| **In-School Suspension** | The Dean of Students will notify the parents and teachers. | Full make-up privileges with the exception of lost credit for any class participation. The Dean of Students will gather work for the student to complete. |
| **Out of School Suspension** | The Dean of Students will notify the parents and teachers. | The student may make up work during the time of suspension at his own initiative. Student will receive a maximum grade of 70% for any work, including homework, labs, tests, etc. If a student does not complete the work, he receives an appropriate grade according to the course syllabus. |

## THE DISCIPLINE PROCESS

The Creighton Prep discipline process is rooted in Gospel values and the Grad at Grad. The purpose of the Creighton Prep discipline process is to provide immediate and consistent logical consequences that will facilitate personal growth and development of social skills. Students who experience consistent, logical, and realistic consequences learn that they have positive control over their lives. We want each student to be aware of what behaviors result in being dismissed from Prep so that he can make a choice to stay at Prep.

**Code of Honor and Self-Reporting Major Infractions**
It is the expectation that all students are completely truthful and forthright in every aspect of their lives at Creighton Prep. This honesty is a crucial part of the good character that we expect from our students. This is especially true in matters of academics and discipline. Failure to be completely truthful and forthright may lead to consequences up to and including dismissal from school.

Furthermore, students are expected to self-report as soon as possible (the next school or business day) to the Dean of Students behavioral infractions which constitute major violations of school policies. Failure to do so in a timely and forthright manner will likely magnify the consequences. The following are some examples of serious misconduct which represent a violation of the Creighton Prep student behavioral code: harassment or threats of students or staff; plagiarism; illegal substance or paraphernalia possession, use or distribution; tampering with safety equipment; cheating; creating unsafe conditions; theft; possession or distribution of objectionable material; conduct detrimental to school community on or off campus; illegal activity on or off campus; misrepresentation of self or others.

**Student Accountability and Off-Campus Conduct**
Once a student enters Creighton Prep, he is responsible for his actions both in and out of school including summer vacations and other time off school. Any serious violation of school policy, moral tenets, or civil laws may result in disciplinary action. This is especially true in cases where the good reputation of the school with the surrounding community is placed in jeopardy. Creighton Prep reserves the right to respond as it sees fit to the misbehavior of its students, including the right to report occurrences to law enforcement authorities when the school deems it appropriate to do so, even if those actions take place outside of school hours and away from school or activities.

**Demerit and Jug System**
All minor and some major offenses are handled anywhere on or off campus by the faculty or staff member through the use of the demerit card. Each semester students receive a card with 40 demerits on it. When a student receives five demerits, he earns one Jug. In some cases, a student may earn a Jug without receiving five demerits. Jug is a before school detention from 7:15-7:50 a.m. Jug must be served within one school day of the posting of the Jug list. Any student with multiple Jugs may be called upon to work after school or during the weekends. Personal appointments, jobs or co-curricular activities are unacceptable reasons for missing Jug.

Students are allowed one regular Jug postponement, one Saturday Jug postponement and one work Jug per semester. A work Jug requires prior approval from the Dean's Office and will generally require one hour of work with maintenance staff for each regular Jug and four hours for each Saturday Jug. Work Jugs are available on an as needed basis and are not guaranteed.

If a student reaches fifteen demerits, the Dean will notify his parents by letter or email. If he reaches twenty-five demerits, the student may be assigned Saturday Jugs or in-school suspension (ISS) and his parents will be asked to come to school during the school day to have a conference with their son and guidance counselor. If the student reaches forty demerits, he may be dismissed from school.

Should a student reach six Jugs, the Dean will notify his parents by letter or email. If he reaches twelve Jugs, he may be dismissed from school. Regular Jug and Saturday Jug are included in this twelve Jug limit. Students with outstanding Regular Jug and Saturday Jug obligations at the end of a semester may be dismissed from school.

**Demerit Cards**
A demerit card is issued to each student each semester.  A student must have his demerit card with him at school or at all school functions, and he must hand it over without question whenever asked for by a faculty or staff member. Replacement cost of a demerit card is $5.00. A substitute card will be issued without penalty as long as a student immediately reports to the Dean of Students' Office on his own initiative. Students who repeatedly seek this option will be required to purchase a new demerit card.

The demerit card serves as an admission pass to Creighton Prep's home athletic contests and activities and will allow the student to attend away games at the student price. If a student leaves an activity, he must pay to reenter.

**Student ID Cards and Lanyards**
A student ID card and lanyard is issued to each student at the beginning of the school year.  The student ID card serves as identification during the school day and also as a mechanism for payment with Creighton Prep's food purchase system.  During the academic school day students are required to wear their student ID card on a Creighton Prep issued lanyard.  A student must visibly wear his student ID at all times during school hours..  Replacement cost of a student ID is $10.  A temporary ID will be issued without penalty as long as a student immediately reports to the Dean of Students' Office on his own initiative.  Students who repeatedly seek this option will be required to purchase a new student ID

The student ID card also serves as an admission pass to Creighton Prep's home athletic contests and activities and will allow the student to attend away games at the student price.  If a student leaves an activity, he must pay to reenter.

**Classroom Discipline**
Each teacher maintains classroom discipline. The student must carry out reasonable corrective action the teacher may assign for classroom misconduct. Failure in this regard will be treated as a breach of school discipline and appropriate consequences will result. If the teacher expels a student from class, the student must immediately report to the Dean's Office.

**Standard Consequences**
Since Prep uses a demerit system the following consequences are guidelines for student actions. Consult specific sections of this handbook for complete descriptions regarding these consequences. Repeated offenses or other circumstances may magnify these consequences.

| Infraction | Standard Consequence |
|---|---|
| In the halls during class periods | 3 demerits |
| Dress code violations | 3 demerits |
| No student ID on a lanyard | 3 demerits |
| Carrying a backpack during school day | 3 demerits |
| Food or drink outside the commons | 3 demerits |
| Headphones (while walking) | 3 demerits |
| No demerit card/refusal to give card | 5 demerits |
| Expelled from class | 5 demerits and apology before next class |
| Unexcused Jug | Laughlin Hour Jug that day and Jug the next day |
| Tardy to Jug (5 minutes or less) | Serve Jug that day and the next day |

| Unexcused to Laughlin Hour | Saturday Jug |
|---|---|
| Unexcused Saturday Jug | Saturday Jugs and co-curricular suspension |
| **Frequent unexcused absences from school, class, assemblies, Jug or Saturday Jug will result in suspension, parental meeting, probation or dismissal from school.** | |
| Out of bounds | 5 demerits |
| Forging passes | 5 demerits |
| Roughhousing in the school | 5 demerits |
| Throwing food or other items | 5 demerits |
| Inappropriate use of electronic devices (technology) | Minimum of 5 demerits & loss of device |
| Classroom misbehavior | Discretion of the teacher/staff/Dean |
| Other infractions | Discretion of the teacher/staff/Dean |
| Replace demerit card/Replacement student ID | $5.00/$10 |

**Notification and Satisfying Discipline Obligations**

All students with discipline obligations will be notified each school day by 10:00 a.m. in the following manner.

1. Student names will be included on a posted list on the Dean's Office bulletin board.
2. A courtesy email will be sent to the student's school email account.

The Dean's Office considers having "told" students about an obligation if their names are included on a posted list on the Dean's Office bulletin board. Difficulty connecting to the internet at school or elsewhere is not a valid excuse to miss an obligation. Students should plan ahead to be on-time for any obligation and prepare to accept the consequences for failing to do so. The Dean's Office is available during normal office hours to help provide answers to any questions students or parents may have in advance of obligation deadlines.

**Laughlin Hour Jug**

All students who have unexcused absences from morning Jug are required to attend Laughlin Hour Jug on that same day and serve Jug the next morning as well. Laughlin Hour Jug meets Monday through Friday for 60 minutes. If the student is assigned, attendance is mandatory. Missing will result in a Saturday Jug. Personal appointments, jobs, rides, meetings, or co-curricular activities are unacceptable reasons for an absence.

**Saturday Jug**

Saturday Jug is for more serious or repeated offenses. Attendance from 8:00 a.m.-12:00 p.m. is mandatory. Personal appointments, jobs or co-curricular activities are unacceptable reasons for missing Saturday Jug. Students who are unexcused from Saturday Jug may be assigned multiple Saturday Jugs, be suspended from co-curricular activities or assigned other consequences as determined by the Dean of Students.

**In School Suspension (ISS)**

In order to maintain greater control and provide more guidance for students whose behavior seriously disrupts the atmosphere of the school, Prep places students in ISS. These students are temporarily removed from the normal routines of the school community. The main idea of ISS is to teach students to accept the consequences for their actions, give them time to evaluate their behaviors, and help them become actively involved in finding and enacting positive alternatives to their irresponsible actions.

Students are assigned ISS for one to five days for any number of offenses: 25 demerits, excessive truancy and/or unexcused absences from class or Jug, disruptive behavior and negative behavior towards self and others. The length of time is determined by the severity and frequency of the disruptive action.

ISS also may be used for students whose tuition payments are delinquent and whose parents do not inform the Business Office of when they will pay.

ISS is served at school in isolation from the rest of the school community. A student is given credit for being in school and has the opportunity to keep up or catch up with class assignments. The student is ineligible to attend or participate in any co-curricular activity as a member or as a spectator during the period of his suspension. Upon completion of ISS, the student returns to the school community with a productive plan of action, realistic goals, and a support system behind him.

**Out of School Suspension (OSS)**
On rare occasions, students are assigned to out of school suspension. Students are assigned OSS in order to send a clear message about the gravity of the discipline issue at hand. This discipline consequence should be a clear sign that the student will likely be dismissed from school should his behavior not change. The main idea of OSS is to make the student aware of that need to reorder his life to conform to the mission of our school.

Students are assigned OSS generally for a period of one to five days. During this time of suspension, the student may not attend school or any school related activity. The Dean of Students must approve any exceptions to this policy. A student is required to make up work during the time of suspension at his own initiative. Suspended students will receive a maximum grade of 70% for any work, including homework, labs, tests, etc. If a student does not complete the work, he receives an appropriate grade according to the course syllabus. Loss of academic credit is a consequence of OSS. Furthermore, the student may be asked to complete service hours during the time of the suspension in order to provide a positive alternative for using his time. OSS is considered a serious disciplinary infraction that students may need to report to colleges.

**Disciplinary Probation**
A student is placed on probation for any repeated or serious misconduct. Probation is both a formal notification of possible dismissal from school and an opportunity for the student to demonstrate significant improvement in behavior. A violation of the terms of probation may result in dismissal from school. Probation is considered a serious disciplinary infraction that students may need to report to colleges.

**Offenses Liable for Disciplinary Dismissal from School**
A student may be dismissed from school for any single or repeated incident that involves serious misconduct. Dismissal is sometimes the best way for a student to learn that he is responsible for his actions and the best way to protect the educational process for the other students in the school.

The Dean of Students will initiate a disciplinary dismissal when there is reason to believe a student has engaged in serious misconduct. Serious misconduct can take the form either of continual student misbehavior or a single incident. This applies year-round from registration as a freshman through graduation. Serious misconduct includes, but is not limited to, the following:

- violation of the school code of honor
- misrepresenting self or others (e.g., fake identification or social media sites)
- making false charges against another member or members of the school community
- earning 40 demerits in a semester
- earning 12 Jugs in a semester
- violating disciplinary probation
- violation of school policy for acceptable use of computers and other technology
- possession, distribution or computer accessing of pornography at school or at school-related activities
- possession of an illegal chemical substance

- hosting or facilitating a gathering at which alcohol or other drugs are used by minors; providing or procuring a facility for such a gathering directly or indirectly (e.g., through family member or friend)
- vandalism, pranks, destruction of property or theft
- gambling or other illegal speculation
- fighting, harassment, bullying, displays of racist, homophobic, prejudiced or sexist attitudes
- possession or use of any weapon or the use of any object with the intent to injure another person
- creating an unsafe condition at school or at school-related activities (e.g., toxic fumes, fireworks or other explosives, slippery substance or items on steps or floors, etc.)
- tampering with any equipment, warning devices, or procedures intended to protect the safety of others at school or school related activities
- serious misconduct at school or during any school-related activity (e.g., retreat, athletic contest.)
- engaging in conduct detrimental to the reputation or mission of Creighton Prep or to the good of the others associated with the school.
- engaging in activity that is detrimental to the common good, criminal or gang related
- any other serious misconduct as determined by Creighton Prep.

**Process of Investigation**

In the process of investigating an incident, students may be called from class or other activities. If facts indicate that a student may have violated school policy, he may be detained in In School Suspension or Out of School Suspension for clarification or until consequences are assigned. School officials will notify parents as soon as possible after a student has been detained in suspension. Students who are intentionally dishonest, misleading, or uncooperative during an investigation make themselves subject to dismissal.

**Student Life Board**

The Student Life Board may be convened to assist in the determination of penalties or sanctions against a student involved in instances of serious misconduct. The Student Life Board consists of members of the school faculty and staff. The decisions of the Student Life Board are advisory in nature and confidential. The board makes recommendations to the Dean of Students for his consideration and action in the case.

**Appeal of Disciplinary Dismissal**

Parents and guardians of the student may appeal a dismissal by contacting the Head of School within two business days of first notification of dismissal. Reasons for an appeal are limited to extraordinary circumstances such as failure to follow due process or new and relevant information that was not considered in the process. The Head of School will hear an appeal at his or her discretion. The appeal process will consist of the Head of School reviewing the entire matter, hearing the student/parent presentation, and giving a written notification to the parents of the final decision. The Head of School's decision is final. While a disciplinary dismissal is under consideration or on appeal, a student may be assigned to in school suspension (ISS) or out of school suspension (OSS) until such time as the final determination has been made with regard to dismissal or reinstatement.

# STUDENT DRESS CODE

As part of the educational process, Creighton Prep reserves the right to set norms for the dress and appearance of its students. Any form of appearance violating the basic norms of neatness and cleanliness, even though conforming to the specific guidelines, is out of order and subject to sanction. Some interpretation and judgment in these matters are obviously necessary. The Dean of Students will make the final determination about what is acceptable.

The dress code is in effect from the first bell in the morning to the last bell of the day for all students. However, faculty and staff may make reasonable requests that students conform to appropriate dress at other times, for example, caps removed in the building. Students are expected to be in dress code in Jug and Laughlin Hour.

The standard penalty for a dress code violation begins with three demerits. A student who is repeatedly or conspicuously not in conformity with these guidelines may be sent out of school to rectify the problem. Class time lost will be counted as an unexcused absence.

A student's appearance must be respectful of the serious academic purpose of the school. There is a distinct difference between dress worn for learning and for recreation. Therefore, dress or grooming which is too casual or which draws too much attention is not acceptable. Torn, non-fitting or excessively worn clothing is not acceptable. Clothing and jewelry with offensive or otherwise inappropriate messages are not allowed at school and may be confiscated.

**Pants/shorts/belts**: Pants should be a dress style with conventional, solid colors such as black, navy blue, stone, brown, olive and khaki. The following are not permitted: cargos, jogger pants, military fatigues, denim, athletic pants or shorts. A dress belt with a conventional buckle is also required. Shorts of the same style may be worn with a dress belt.

**Shirts**: A collared button up dress or polo shirt is required. Shirts must be tucked in so that the belt is visible. The following are not permitted: flannel shirts, large prints patterns such as Hawaiian shirts, and logos larger than 3x3 inches. T-shirts worn under a dress or polo shirt must not have any visible lettering or graphics. Students may not layer short sleeve over long sleeve shirts.

**Shoes**: Shoes must be of a reasonable style and must be kept clean and presentable. Socks must be worn and visible above the shoe line. Boots must be worn inside the pant legs. The following are not permitted: work or combat boots, flip-flops or sandals, open-backed shoes, moccasins, slippers and shoes that are distracting.

**Hair:** Hair must be at least one-half inch in length, clean, well groomed, the natural color, above the collar and eyebrows, and not more than half-way above the bottom of the ear (even when combed behind the ears). The following are not permitted: unreasonably tapered hair, spiked hair, facial hair, sideburns below the earlobe, lettering, symbols, carving, etching, hair combed to one side, ponytails, and use of hair products to circumvent regulations. In any case, the Dean of Students will determine what is acceptable.

**Outerwear:** Outerwear, including jackets or hooded sweatshirts, may not be worn inside the building and must be kept in a student's locker during the academic school day.  During the academic school day, students may wear dress sweaters (cardigan, v-neck, quarter-zip, or crewneck) or Creighton Prep branded athletic or casual wear (v-neck, quarter-zip or crewneck).  No other outside logos will be permitted.

**Jewelry/Tattoos:** Earrings, body piercings and studs (devices meant to hold open a piercing) may not be worn. Students are to refrain from wearing jewelry that is flamboyant, inappropriate, offensive or attention seeking, such as chains, hemp bracelets or necklaces. Students may not wear items that cover a piercing. Visible tattoos are also not permitted at school or any school  function, including co-curricular activities and athletics.

**Blue-White Day Dress Code:** Several times throughout the year, we will have spirit days, called Blue-White days. On those days, students wearing a Creighton Prep shirt, t-shirt, sweatshirt or hoodie may wear jeans or other non-athletic pants or shorts that are of reasonable size, clean, and worn appropriately. All other points of the regular dress code are in effect.

**Formal Dress Days:** On announced days, such as the Mass of the Holy Spirit, students are required to wear a solid colored button up dress shirt with a tie, dress pants, dress socks and dress shoes. The following are not permitted on these formal dress days: shorts, polo shirts, and quarter zips. All other points of the regular dress code are in effect.

## STUDENT USE OF ALCOHOL, TOBACCO AND DRUGS

In order to promote the spiritual, emotional, mental, and physical potential as instruments of service to others, Creighton Prep has established a policy to help provide a drug-free educational environment for students. To this end, Prep accepts its responsibilities to:

- Educate students, parents, and the community about the risks and consequences of the use of alcohol, tobacco, and other drugs (including performance enhancing drugs)
- Encourage students to live in accordance with the laws of our city, state, and nation concerning the use of these substances. This includes establishment and enforcement of related school rules for all students
- Help students develop the life skills that will better prepare them to handle the prevailing social and cultural pressures
- Guide students toward help as needed for chemical dependency. Information received from students and/or parents who voluntarily seek help from school authorities, including Creighton Prep's school counselors and licensed mental health practitioner, concerning a student's use of controlled substances before being found to be using or possessing such substances will be maintained in confidence and will not serve as a basis for disciplinary actions.
- Voluntarily seeking help, as described above, does not provide immunity for disciplinary action should evidence emerge under Apprehension (Section II-A-2, excluding item e.). Additionally, immunity is not granted to students who continue to use, possess, or distribute controlled substances.
- Through their son's school counselor or the Dean of Students, parents or guardians may request that the school administer a substance test for their son at their expense. This request should be provided in writing. The results of any requested test are subject to the consequences that follow in this policy. Counselors or the Dean of Students will also provide guidance on how parents may test their son without the school being involved.

Developmental issues, on occasion, impede adolescents from making sound decisions. Given this reality in the lives of the adolescents in our care, we have employed a two-part policy concerning the use of drugs and alcohol by our students. The first component fosters a community of drug and alcohol free students who are well on their way to understanding how to make appropriate decisions concerning the use and abuse of drugs and alcohol. The second component is designed to intervene in the life of a student who chooses to bring drugs or alcohol onto campus or chooses to be in possession or under the influence of drugs or alcohol off campus.

Responsible alcohol use is a privilege, not a right, and the privilege to consume alcohol begins at age 21. Use of illicit drugs is never acceptable. Drug and alcohol use is not part of "normal adolescent development." Adolescents do not have a right to engage in drug or alcohol use. Possession of drugs or a minor's possession of alcohol is illegal, can lead to legal problems, and will have an impact on developmental and academic progress. Studies have repeatedly shown that the longer individuals wait to use alcohol or experiment with drugs, the greater the chances that they will not have problems with alcohol or drugs. Further, studies have shown that alcohol is the true gateway drug.

46

Co-curricular activities are a vital dimension of a total Prep education, a positive learning experience that can enhance achievement of personal potential through adherence to a lifestyle dedicated to integrity, self-discipline, and competition. In addition, selection for a school-sponsored team, organization, or club is both a privilege and an honor, and as such carries responsibilities commensurate with leadership roles. As leaders and more highly visible representatives of Prep, students in activities have an increased obligation to represent themselves and their school in an exemplary manner. Therefore, some consequences apply specifically to participation in co-curricular activities.

**Drug and Alcohol Policy: Health and Wellness Program**
Creighton Prep strives to be a community where our students are empowered to make responsible choices to avoid alcohol and drugs. Our goal in this regard is a drug and alcohol free student body. To this end, all students at Creighton Prep are subject to mandatory random drug and alcohol testing. The alcohol test will provide evidence of regular patterns of drinking, including binge drinking. The information gathered will be shared with parents and will be used to help the students make positive choices. It is our hope that students who test positive will get the help necessary to return to good health.

*Process of the Health and Wellness Program:*
While our hope is that our students will be making healthy choices concerning drugs and alcohol, we understand some may not. Below is an outline of the process used in Creighton Prep's program.

- On a regular and ongoing basis, Creighton Prep will randomly choose students to submit to drug and alcohol testing. Prep will use a hair sample to determine use of drugs or alcohol. The school has employed the services of Psychemedics, a drug/alcohol testing company, to provide the result of the analysis of the hair samples. Testing will begin in August and will continue throughout the school year.
- Students must maintain head and body hair (non-private areas) sufficient for obtaining a sample. If there is not a sufficient amount of hair for testing, the student may be asked to provide a sampling of fingernails for testing purposes. Refusal to submit to a test or avoiding a test will be treated as a positive result and may be grounds for dismissal from school.
- All samples will be sent to Psychemedics for analysis and the results will be sent to the Mental Health Practitioner.
- For those students whose results are negative for drugs or alcohol, the Mental Health Practitioner will send a "Letter of Negative Status" home to parents with the date of testing indicated.
- For those students whose results are positive for drugs or alcohol, the student's guidance counselor will request an immediate meeting with the student and parents/guardians and the following will apply.

*A. First Positive:*
Students whose test results yield a positive for some drug and/or alcohol use will do the following:
1. The Mental Health Practitioner will request a meeting with the student and at least one parent/guardian.
2. Students and parents/guardians will be given the information gleaned from the analysis of the hair sample by the Mental Health Practitioner. **As this is a Health and Wellness program, there will be no disciplinary consequences at this time.** The purpose of the meeting is to assist the family in seeking any necessary help and interventions. As stated previously, the first positive of a random test is considered an education and intervention opportunity for the student and parent/guardian. There will be no consequences affecting participation in co-curricular activities unless the student makes it publicly known that he has tested positive. However, a student enrolling in the program as the result of a disciplinary incident (as outlined in Part II below or as a part of a disciplinary probation) would be subject to consequences affecting co-curricular activities.

3.  At this time, based on the information gleaned from the test results, the student will be enrolled in an education and intervention program of no less than 9 hours over the next 100 days with the school's Mental Health Practitioner to assist in helping the student remain substance free and increase his ability to make healthier decisions regarding substance use in the long-term.
4.  After the first positive result, as part of the education and intervention program, the student will complete a substance use screening. The screening will be completed through the Mental Health Practitioner using a standardized screening tool to identify substance use patterns in adolescents.
5.  After the first positive result from the Health and Wellness testing, the family will also be given the option to have a full Substance Use Assessment completed by the school's Mental Health Practitioner, free of charge. At this time, the family may also request further referrals to assist in the facilitation of the Substance Use Assessment. This referral list is provided as a courtesy. Creighton Prep does not endorse any one therapist or agency over another. Based on the outcomes of the first positive, Creighton Prep may encourage the student to submit to an evaluation, but will not require it.
6.  Students with a "First Positive" result will be tested again after 100 days after the last identified date of use from the previous test at the expense of the student's parents/guardians. Payment for this test must be made in advance and as established following the meeting between the Mental Health Practitioner, Guidance Counselor, student and parent(s)/guardian.
    a.  Upon retesting, the student must have a negative result for all illicit substances, including alcohol.
    b.  If the first positive 100 day retest results are negative, the student will be placed back in the random pool of test participants. Any further positive test results will be regarded as a second positive.
    c.  If the first positive 100 day retest results are positive, the student will be placed in the category of second positive.

*B. Second Positive:*

If, after the first positive, the test results are again positive for any illicit substance(s), including alcohol, it will be classified as a "Second Positive." The following steps will be taken.

1.  The positive results will be communicated by the school's Mental Health Practitioner to the student's parent(s)/guardian, the Dean of Students and the student's Guidance Counselor, at which time the school's Mental Health Practitioner will request a meeting with the student, the student's Guidance Counselor, the Dean of Students and at least one parent/guardian.
2.  Upon notification of the second positive and the completion of the parent meeting, the Dean of Students will evaluate the disciplinary record of the student and may assign disciplinary consequences up to and including dismissal from school.
3.  If permitted to continue at Prep, the second positive result will require the student to complete a substance abuse evaluation through the school's Mental Health Practitioner. The student must have the substance abuse evaluation completed within 4 weeks of the second positive result meeting.
    a.  As a result of the second positive result, the student will be ineligible for public representation, outside competition and leadership in co-curricular activities for up to 100 days.
    b.  A student's ineligibility will be reported to the Athletic Director and the Director of Student Activities regarding co-curricular suspensions. The student and his family will have the option to notify their coach/activity moderator within 24 hours of notification of ineligibility.
    c.  At the time of reinstatement, if the student wishes to participate in a co-curricular activity after its tryout period, the administration and the coaching /moderating staff will determine whether the student will be permitted to undergo a tryout period.
4.  Failure to follow the recommendations of the chemical dependency evaluation may jeopardize a student's continued matriculation at Creighton Prep.

5. The student will be required to complete a retest after a Second Positive result. Upon retesting, the student must have a negative result for ALL illicit substances, including alcohol.
6. Students with a second positive will be re-tested again after 100-calendar days from the previous test at the expense of the student or the parent(s)/guardian.
7. Payment for this test must be made in advance as established following the meeting between the Dean of Students, Mental Health Practitioner, Guidance Counselor, student and parent(s)/ guardian.
   a. If the 100-day Re-test results are also negative, the student will be placed back in the random pool of test participants.
   b. If the second positive 100-day retest results are positive, the student will be placed in the "Third Positive" category.
8. Students who successfully complete the recommendations as prescribed by the completed Substance Use Evaluation and who maintain a negative status as described above will be placed back into the random pool for future testing.
9. If these individuals test positive at any time during their remaining years at Prep, they will be placed in the category of a "Third Positive".

*C. Third Positive:*
If, after the second positive, the test results are again positive for any illicit drugs or alcohol, it will be considered a "Third Positive." The following steps will be taken.
1. The positive results will be communicated by the school's Mental Health Practitioner, to the student's parent(s)/ guardian, the Dean of Students, the student's Guidance Counselor, at which time the school's Mental Health Practitioner will request a meeting with the student, the student's Guidance Counselor, the Dean of Students and at least one parent/guardian.
2. A third positive will be communicated to the Head of School.
3. Upon notification of the third positive, and the completion of the parent meeting, the Dean of Students, in conjunction with the Head of School, will evaluate the disciplinary record of the student and may assign disciplinary consequences up to and including dismissal from school.
4. If permitted to continue at Creighton Prep, the third positive result will require the student to complete a substance use evaluation through the school's Mental Health Practitioner. The student must have the substance use evaluation completed within 4 weeks of the parent meeting.
5. A third positive may likely lead to dismissal from Creighton Prep.
6. If the student is allowed to continue at Creighton Prep, a plan, up to a Student Life Board, may be implemented to assist the student in remaining substance free through his completion of studies at Creighton Prep, and beyond.

*D. Summary of Health and Wellness Procedures*

| First Positive | Second Positive | Third Positive |
|---|---|---|
| 1. Student meets with the school's Mental Health Practitioner, guidance counselor and parents/guardians.<br>2. The student will complete a substance use screening and intervention and education program administered by | 1. Dean of Students evaluates the disciplinary record of the student and may assign disciplinary consequences.<br>2. Student is required to complete a chemical dependency screening at an agency approved by our Licensed Mental Health Practitioner and follow any | The student may be dismissed from Prep at the discretion of the school's administration after consideration of his overall disciplinary record. |

| | | |
|---|---|---|
| school's mental health practitioner.<br>3. Student is retested after 100 days.<br>  a. If negative, the student is placed back in the random pool.<br>  b. If positive, the student earns a second positive. | recommendations of the chemical dependency evaluation within six weeks of being informed of the positive test result.<br>3. Student is ineligible for public representation, outside competition and leadership in all co-curricular activities for a minimum of 25% of competitions or performances.<br>4. Student must complete a minimum of 30 community service hours at a place approved by the Dean of Students.<br>5. Student is retested after 100 days.<br>  a. If negative, the student is placed back in random testing pool.<br>  b. If positive, the student earns a third positive. | |

**Drug and Alcohol Policies: Disciplinary Program**

In all areas of student discipline, it is incumbent on the administration of Creighton Prep, as a Jesuit school, to seek the formation of the young man in our care. In many matters of discipline, detention or occasional probation periods are necessary. The use of drugs and/or alcohol at school or at school events is a significantly more complicated disciplinary issue. In the cases of drugs and alcohol, both activities are illegal and may require the school to involve law enforcement personnel. Off-campus drug or alcohol use is also illegal and unhealthy and, through the student's actions, may be harmful to the reputation of the school. In accord with our Code of Honor, students are required to report these violations by the next school or business day.

*A. Definitions/Understanding*
1. USE shall be defined as consumption or possession. Possession shall mean on the person, or on the property owned and/or used by the person. Property shall include a building, vehicle, or other gathering area.
2. APPREHENSION rules are as follows. A student may be turned in for rule violations by:
   a. a faculty member or other adult in a supervisory role for Creighton Prep or another school
   b. an officer of the legal system
   c. a public record, such as print, broadcast or social media
   d. a result of a drug or alcohol screening
   e. an admission by the student when confronted by a school official
3. The TENURE of the policy extends from the date of the student's enrollment at Prep until enrollment ceases due to graduation or transfer.
4. CONSEQUENCES are progressive in relation to the nature and/or frequency of the violations. Some violations involve options from which the student may select his choice of consequences.
5. PHYSICAL PRESENCE is defined as being in a situation where alcohol or other drugs are being illegally used or possessed by minors. Students should be aware that this is a Class III violation.

Students are not to support these situations, but rather use positive peer pressure to host and to attend group activities without illegal use of alcohol and other drugs.

6. SCHOOL DISCRETION in application of this policy is intended to promote fair and consistent guidelines for student consequences of illicit drug and alcohol use. The school reserves the right to make judgments concerning individual cases for the good of the school community and the student.

7. PARAPHERNALIA is any equipment, product or material of any kind which is primarily intended or designed for use in manufacturing, compounding, converting, concealing, producing, processing, preparing, injecting, ingesting, inhaling, or otherwise introducing into the human body a controlled substance. This includes but is not limited to pipes, water pipes (hookahs), rolling papers, roach clips, scales, electronic cigarettes and vaporizers. Since these items can be used for drugs other than nicotine, Creighton Prep views possession as a drug violation.

8. TOBACCO VIOLATION is defined as use or possession of tobacco or nicotine in any form at any time.

9. CO-CURRICULAR ACTIVITIES are defined as activities not directly connected to academic grades.

*B. Policy on Hosting or Providing Alcohol or Illegal Substance Related Parties*

Any student who hosts or facilitates a party or gathering at which alcohol or illegal drugs are illegally used by minors, or provides or procures a facility for any such party or gathering, has seriously violated the behavior expected from members of the Creighton Prep community. This infraction is so harmful to the relationship that should exist among individual members of our community that each such student will face disciplinary consequences up to and including dismissal from school based on aggravating and mitigating circumstances.

Consequences will be assigned for each student at the discretion of the school's administration after considering the circumstances. Such circumstances shall include any one or more of the following factors as the situation indicates:

- the nature and extent of the transportation and safety risks to those attending the party or gathering and to others
- the size of the party or gathering
- the nature and extent of the student's involvement in any planning, publicity and/or fees charged in connection with the party or gathering
- the amount of alcohol or drugs involved
- the nature of the conduct of the attendees at the party or gathering
- the student's prior disciplinary and academic history
- the academic timing of the infraction
- any other factors that the school's administration considers relevant under the circumstances

*C. Policy on Possession and Use of Alcohol or Other Illegal Drugs at School Functions*

Any student who illegally possesses and/or uses alcohol or other drugs prior to attending or while attending school or any school-sponsored function has violated a "sacred" space of the school community. Creighton Prep insists on protecting the physical, academic and social space of the school community from illegal use of alcohol or other drugs. This infraction is so harmful to the relationship that should exist among individual members of our community that each such student will face disciplinary consequences up to and including dismissal from school based on aggravating and mitigating circumstances.

Consequences will be assigned for each student at the discretion of the school's administration after considering the circumstances. Such circumstances shall include any one or more of the following factors as the situation indicates:

- the nature and extent of the transportation and safety risks to those attending school or the school function
- the nature and extent of the student's involvement in any planning of the possession, use or distribution of the alcohol or drugs
- the amount of alcohol or drugs involved
- the apparent intent of the student in possession as related to distribution of the alcohol or drugs
- the nature of the conduct of the student at school or the school related function
- the student's prior disciplinary and academic history
- the academic timing of the infraction
- any other factors that the school's administration considers relevant in the circumstances

If a Prep student is suspected of being under the influence of drugs or alcohol at any school function, on or off campus, a school representative will detain him.

When school authorities have reasonable suspicion to believe or suspect a student is under the influence of alcohol at school or at a school related or school-sponsored activity or event based on the student's observed conduct, demeanor, appearance, or speech, the student may be requested to submit to a test using an approved sensor. If the test discloses the student to be under the influence of alcohol to any degree or extent, then the student will remain with the school authority until a parent/guardian arrives and takes custody. If a parent/guardian is unavailable, another adult member of the student's family may represent the parent/guardian. If no adult can be reached, the school may turn the student over to law enforcement authorities.

The school reserves the right to conduct random or selective testing for alcohol or other substances at school or any school related function, whether on or off campus.

In addition, any test results may be used for disciplinary purposes (see violations listed below). Refusal to submit to any drug or alcohol test within the specified period of time will be treated as a positive result and may be grounds for dismissal from school.

*D. Consequences for Student Use of Alcohol, Illegal Drugs or Tobacco*

| Violations | Standard Consequences | Co-curricular Consequences |
|---|---|---|
| **CLASS I VIOLATIONS** Possession or control of any illegal drugs, alcohol, or nicotine products with the intent of sale or distribution at any time or possession of paraphernalia that indicates sale or distribution of illegal drugs | Dismissal | |
| **CLASS II VIOLATIONS** Hosting or facilitating a party or gathering at which alcoholic beverages or other illegal drugs are available for use by minors, or provides or procures a facility for such a party or gathering<br><br>Illegal possession and/or use of alcohol, other illegal drugs or | Consequences up to and including dismissal from school | If not dismissed, suspension from outside competition, public representation and leadership in all activities for up to one calendar year. |

| paraphernalia at school or any school sponsored function | | |
|---|---|---|
| **CLASS III VIOLATIONS** Illegal possession and/or use of alcohol, other illegal drugs, or drug paraphernalia outside of school or any school sponsored function; or being in the presence of alcohol, other illegal drugs or paraphernalia outside of school or any school sponsored function | **First Offense:** Enrollment or progression in Health and Wellness Substance Program. If self-reported a minimum of 10 hours of community service. If not self-reported a minimum of 20 hours of community service. **Second Offense:** Progression in Health and Wellness Substance Program, including consequences up to and including dismissal from school. If self-reported a minimum of 20 hours of community service. If not self-reported a minimum of 40 hours of community service. **Third Offense:** Dismissal | **First Offense:** Self-Reported: Immediate one-week suspension from outside competition and leadership in all activities. Not Self-Reported: The student is ineligible for public representation, outside competition and leadership in all co-curricular activities for a minimum of 25% of competitions or performances. **Second Offense:** Self-Reported: The student is ineligible for public representation, outside competition and leadership in all co-curricular activities for a minimum of 10% of competitions or performances. Not Self-Reported: Suspension from outside competition, public representation and leadership in all activities for up to one calendar year. |
| **CLASS IV VIOLATIONS** Possession or use of tobacco and nicotine in any form any time. | **First Offense**: Complete 6 hours of community service and Creighton Prep's Tobacco and Nicotine Awareness Class. **Second Offense:** Complete 12 hours of community service. Take a substance test administered at Creighton Prep and complete a chemical dependency evaluation. **Third Offense:** Complete a minimum of 25 community service hours. **Fourth Offense:** Consequences up to and including dismissal from school. | **First Offense:** Immediate one-week suspension from outside competition, public representation and leadership in all activities. **Second Offense:** Immediate two-week suspension from outside competition, public representation and leadership in all activities. **Third Offense:** The student is ineligible for public representation, outside competition and leadership in all co-curricular activities for a minimum of 25% of upcoming competitions or performances. **Fourth Offense:** Discretion of administration. |

*Notes Regarding Substance Related Consequences*

- Because electronic cigarettes, vaporizers or other electronic substance delivery systems can be used with a variety of illicit substances, possession or use may be treated as any of the class violations according to the circumstances as determined by school administration.

- Co-curricular consequences apply to school sponsored band, drama, forensics, student council, campus ministry, athletic teams and clubs, other clubs, organizations and major school functions. When applied to athletics, consequences related to the Performance Enhancing Drug Policy take precedence over co-curricular consequences stated in this policy.
- Students who violate the Code of Honor (including the obligation to self-report) may receive consequences up to and including dismissal from school. Co-curricular consequences listed above for not self-reporting are only guidelines if a student is not dismissed.
- Self-reporting must be completed as soon as possible (in general, the next school/business day) to the Dean of Students. Refer to the Code of Honor stated within this handbook.
- Individual moderators and coaches may impose additional consequences within the context of that activity.
- All chemical dependency evaluations and programs must be completed within six weeks of the date of the offense. Extensions will be granted for longer term programs.
- Class I, II and III violations are cumulative in and among each other. An offense followed by another offense in any of these classes constitutes an overall second or succeeding offense.
- Suspensions from outside competition/public representation begin at the conclusion of the days of in/out of school suspension for co-curriculars where outside competition/public representation has already started and on the date of the first competition for co-curriculars where outside competition/public representation has not started.

## GENERAL PROCEDURES AND POLICIES

**Daily Communications**
Most daily communications will occur through four primary forums. They are:
1. CP Daily Announcements – on the Prep web page and monitors throughout the school.
2. Gmail– email accessible from the Prep web page.
3. Canvas – academic and other school information accessible from the Prep web page.
4. PowerSchool – academic and other student information accessible from the Prep web page.

Students are expected to check these forums at least once each day. Ignorance is not an excuse for missing information.

**Campus Hours of Operation and Supervision**
The school is open from 7:00 a.m. to 5:00 p.m. with supervision provided 30 minutes before and after school. During non-school hours, students may congregate in the commons (upper and lower), gym lobbies, and in the hallways. Students may reasonably access their lockers to retrieve materials at any time. Some days the commons or other areas of the building will be closed to set up for events. Students are expected to clean up after themselves at all times. Students should not gather without adult supervision in the locker rooms, classrooms, offices, gymnasiums, secured athletic fields or other unsupervised areas at any time.

**Students Entering and Leaving the Building**
Students may enter and leave the building through the Heider Center, commons entrance and administration entrance. Students may use the administration entrance only during arrival and dismissal times. Depending on the season, coaches will inform student-athletes of the proper entrance for athletic practices or games.

**Visitors**
All parents and other visitors should enter and leave the building through the Sullivan Center (Commons) entrance on the west side of the school. Visitor parking is provided outside the entrance. School doors are secured. Visitors to the school must sign in with the receptionist in the high school office lobby on the

west side of campus. Visitors are required to wear identification while on campus and to sign out when leaving.

**Student Medications**
Students who are taking a prescription medication required during school hours must complete parent and doctor-written permission with a medical authorization form available through the Dean of Students' Office and Nurse's Office. The Nurse's Office will secure the medication and verify that it was taken on schedule. School personnel will not dispense any medication for any reason to any student without a doctor's written orders. Students may not carry or self-administer prescription medication, with the following exception: Students who, due to a life-threatening condition, need to carry or self-administer prescription medication must complete the medical authorization form available through the Dean's Office and Nurse's Office.

A limited amount of non-prescription medication may be carried and self-administered by students. Students should never share prescription or non-prescription medication with another student. Suspected abuse of this policy may require additional documentation and may also be treated as a disciplinary matter.

**Hallways**
Quiet conversation is permitted while changing classes. The use of headphones and cellphones are not allowed in the hallways during the academic day. Students are not permitted in the corridors during class or lunch periods unless they have legitimate school business. Stops at lockers should be made during the passing periods. Students should not congregate in administrative offices or lobbies.

**Out of Bounds**
Students should not be in the following areas during the school day:
- parking lots except on arrival or departure from school
- Jesuit residence
- elevators
- roof
- unsupervised classrooms, gyms and other rooms
- area formerly known as cura personalis
- ToMorrow Lab without a trained faculty or staff member present
- secured locations and doors
- hallways during class
- maintenance areas, closets or rooms
- school owned church property
- east of the building including practice fields, baseball field and Norma's Garden
- west of the building <u>except</u> for the Circo Plaza
- south of the building surrounding the Jesuit residence
- north of the building including the track.

If a student has a need to be in any of these locations that are normally out of bounds, permission is required from the Dean's Office.

**Teacher Late to Class**
Students are to remain in the classroom and study quietly. After five minutes, students should inform the Dean of Students that the teacher is not present and wait for instructions.

**Backpacks and Other Carrying Equipment**

Backpacks, book bags, totes, duffel bags, luggage, storage containers or briefcases may be used only to transport materials to and from school. Once at school, all of these must be placed in the student's locker where they can be retrieved at the end of the day. Laptops only may be carried in their protective cases.

**Lockers, Responsibility for Books and Other Personal Property**
Students are assigned a locker at the beginning of the year. Students are required to use and secure their lockers with a school lock available in the Dean's Office. Valuables should be secured in school lockers, not in athletic lockers. Students may not switch lockers without permission from the Dean of Students.

Students are expected to take care of their lockers. Students may decorate the inside of their lockers while maintaining respect for the spiritual and communal goals of Creighton Prep. Items may be attached to lockers using blue masking tape or magnets. Lockers should be left in the same clean condition as they were issued. Report any problems to the Dean of Students. Fees will be charged for damaged or defaced lockers.

Students are responsible for their books and personal property. Books or other property should never be left outside of a secured school or athletic locker. The school is not responsible for the loss of books and other personal property. Books should have the student's name written clearly inside the front cover and preferably in several places throughout the book. All items should be marked clearly with the student's name.

Tampering with another student's locker or materials does not demonstrate respect for others. The fact that this was done in jest will not alter the case. A student tampering with, taking or damaging another's property or school property is liable consequences up to and including dismissal from school.

**Searches**
Lockers are school property and general searches of lockers and other school property can be conducted at any time without the presence of students. Searches of students, book bags, vehicles or other items associated with a student require reasonable suspicion and will be reasonable in scope.

**Lost and Found**
The lost and found is in the Dean's Office. Unclaimed items will periodically be donated to social agencies. Reports of missing items or theft should be directed to the Dean of Students.

**Theft**
Any theft that occurs on campus cuts to the core of trust necessary to foster the community we strive to be. Students who have stolen or who are in possession of stolen material will be liable for consequences up to and including dismissal.

**Fighting**
Fighting on or off our campus is not permitted. Students may face consequences up to and including dismissal.

**Weapons and Fireworks**
Weapons and fireworks of any sort are prohibited on campus or at any school sponsored activities. Trapshooters may not at any time have assembled or disassembled firearms on campus including vehicles in the parking lot, but are allowed supervised use at their school sponsored practices and competitions. Students possessing weapons may be dismissed from school and may face legal consequences.

**Gambling**
Gambling of any type is not allowed on campus or at school sponsored activities. Students may be liable for consequences up to and including dismissal from school.

**Cassem Memorial Library**
The library is an integral part of the educational program in the Jesuit tradition, fostering literacy and empowering students to become effective users of ideas and information. The library is open from 7:15 a.m. to 3:00 p.m. on school days. Peer tutoring is held in the library from 3:00 p.m. to 4:00 p.m. Any student is welcome to work in the library at this time.

Policies and Services:
- Quiet study is expected.
- Backpacks are not permitted before school or during the school day.
- Two conference rooms are available for small group projects and small group study.
- An electronic device charging area is available for student use. No charging cables will be loaned out for use outside of the library.
- Students utilizing the library during community period must have a hall pass and must sign in and out on the community period sign in/out sheet in the library. Any required information not filled in will result in one demerit for responsibility.
- Books (fiction, non-fiction, eBook, and audio) may be checked out for two weeks with a student ID.
- Overdue fines are 20¢ per day. Students are responsible for the cost of replacing lost or damaged books.
- Computer use is for academic purposes only in accord with our Acceptable Use Policy.
- Subscription Internet resources provided at school are also available for home use. Home access requires the use of links and passwords available on the Library Database page.
- Students will be allotted $30.00/300 pages of printing per semester. If this amount is depleted, the student must pay a minimum of $5.00 to their account.

Students are encouraged to have an Omaha Public Library card, which will enable them to utilize OPL's databases and other services

**Food and Drink**
Students may consume food or drinks only on the lower levels of the commons (not the balcony or Lannon Learning Commons). Additionally, students may carry one sealable re-usable (non-disposable) bottle of water to class. Water is the only drink permitted.

**Food Service**
Creighton Prep provides a pre-paid full lunch menu on a daily basis. Students may choose from a wide variety of fresh, healthy foods and different portion sizes, and they can return for seconds or more if they like. Students are expected to be judicious in portion size. The FLIK staff will work with students and families to accommodate and serve students with food allergies and dietary restrictions. Lunch is available only during a student's assigned lunch period, and only those assigned students may be present in the dining area. Students with study hall during period 4 or 5 may also eat during the time between lunch periods on A and B days. Breakfast and after-school snacks are available on a cash basis.

**Lunch Cleanup Crew**
As part of the care for our school community, all freshmen and sophomores are expected to serve on cleanup crews during their respective lunch periods. Lunch crews are posted each day on the Dean's Office bulletin board. Students are required to be present on their assigned day and must contact the lunchroom prefects prior to their absence to request a postponement. Failure to serve or communicate in

advance will result in Jug and makeup of the missed obligation. A student who has an excused absence will also be excused from his duty.

**Open Study**

Students with open study are expected to use the time to further their progress as young men of faith, scholarship, leadership and service. Students with open study must be in one of the following areas: the upper or lower commons, library or the Circo Plaza when weather permits. Exceptions involve legitimate business such as meeting with a counselor or teacher in his or her office or classroom. Students may not leave campus. Students with academic or discipline problems may lose open study privileges and be required to report to a closed study hall.

**Closed Campus**

Creighton Prep is a closed campus, including lunch for all grades. The only exception is students with open study during the first block or last block do not need to be present on campus. When a student arrives on campus, he may not leave without permission from the Dean's Office. Students must be on campus during all other periods, including lunch. Students with open study privileges may not leave if there is an assembly or other required obligation.

**Campuses of Other Schools and Other Facilities**

Prep students are to avoid the campuses of other schools outside the times when they are open to the general public for specific events. Complaints from other schools or facilities about the behavior of Prep students at their functions or reports of pranks or vandalism will be treated as disciplinary matters at Prep.

**Conduct While Traveling on a School Sponsored Trip**

Students who travel for a school sponsored function enjoy a special privilege and should remember that they are ambassadors for Creighton Prep. As a result, during school trips, students will be held to particularly high standards of behavior and conduct. Any student who violates this code of conduct while participating on a school trip risks being sent home early. Most notably, any student who uses drugs or alcohol in any amount on a school sponsored trip will be sent home and may be dismissed from school upon his return. Parents will be entirely responsible for all costs associated with this early return, including the cost of a chaperone accompanying the student on the return travel if conditions warrant. A chaperone for return travel under these circumstances is not guaranteed.

**Participation in Other Organizations Considered School Functions**

Creighton Prep, at its sole discretion, may consider outside organizations, clubs, activities and teams that are principally composed of Creighton Prep students or that use Creighton Prep facilities to be school functions in terms of handbook expectations. Prep students may be accountable for any disciplinary or academic consequences set forth by the school within these organizations. Failure to comply may result in consequences up to and including dismissal from school.

**Jobs and School**

Working students must set reasonable limits to have adequate energy and enthusiasm for their studies and school activities. If a student needs to work, his employer must understand that the student will not be excused from school, from his annual retreat or other required school obligations. Students may not request to have periods free because of jobs.

**Parking and Auto Registration**

Juniors and seniors may park in any of the lots on the north, east or west side of the building in yellow lined spaces. Sophomores (and freshmen) may only park in the lower west or church lots. If spaces reserved for students are full, drivers must park legally on one of the side streets.

Students who drive to school must register their vehicle(s) and have a parking permit. Permits for the current school year must be purchased for $10.00 from the Dean of Students. Permits must be visible (printed matter facing outward) through the windshield, either hanging on the rear view mirror or lying on the driver's side of the dashboard. Permits may be transferred from one family car to another, but all cars using a single permit must be registered. If a permit is lost or stolen, the student may purchase another permit at full price.

Students with cars that are parked illegally or without a parking permit may be fined or assessed disciplinary consequences, and the car may be immobilized until all fines are paid, or towed. Students should expect progressive consequences with repeated violations. Fines must be paid within 10 school days. Parking privileges may be revoked at any time.

On campus speed limit is 15 M.P.H. Students should observe local driving laws and demonstrate courtesy when driving through the neighborhood. Students should not cut through or park in non-Prep parking lots. Students who do not follow these guidelines may receive disciplinary consequences and have their parking privilege suspended or revoked.

**Student Activism and Disruptions**
In keeping with our Jesuit mission and values, Prep encourages students to be socially conscious and responsible citizens. Students interested in engaging in any sort of activism at school are expected to seek permission in advance from the Dean of Students. Failure to seek advance permission makes students subject to disciplinary consequences.  Permission is contingent on consistency with the school's Catholic and Jesuit identity, Prep's reputation within the community, and possible disruptions to the regular order of the school.

**Disruption at the End of the Year**
Disruptive behavior at the end of the school year may result in the postponement of final exams and prolonging of the school year. This applies to seniors and other students. Students should maintain a serious academic atmosphere through final examinations. Students involved in an end of the year disruption may forfeit their participation in the graduation ceremony and receive other appropriate consequences up to and including dismissal from school. School administration will exercise its discretion to use legal means for disruptions that occur after graduation.

**Unannounced After School Period**
On occasion it may be necessary to keep a student, class, or the whole school after the regular scheduled school hours. For example, an unannounced after school period may be required for poor classroom behavior, failure to keep the lunchroom or hallways clean or when students disrupt the normal flow of the school day. In the latter case, the school reserves the right to add time to the end of the school day in order to make up for time lost due to the disruption.

**Athletic Contests – Sportsmanship**
Prep must live the core values of our school by showing good sportsmanship as competitors and as fans. Prep students and other fans must exercise good taste in cheers, signs and general behavior. When students exhibit poor sportsmanship, they demonstrate ignorance of our mission and the challenge to be men for others at all times. Consequently, they may be asked to leave the contest and may face additional disciplinary consequences. Prep's sportsmanship expectations are summed up in the word RESPECT, which include but is not limited to the following:

- Students should have fun while demonstrating positive enthusiasm and common sense, which means showing respect for fellow students, opponents, players, coaches, officials and fans.
- Students are expected to police their own ranks, demanding proper behavior from peers.

- Cheers and chants should express support for the team and not be demeaning or negative toward individuals, groups, the other team, school or officials. Elitist cheers, taunting, "trash-talking," baiting and booing are unacceptable. Obscene gestures, signs or language are unacceptable.
- Artificial noisemakers are prohibited.
- Dangerous or boisterous behavior such as throwing things, shoving and lifting students is prohibited.
- Students must remain off the playing surface, sidelines, and out of the opponent's seating area.
- Students must be properly dressed, demonstrating modesty, Christian values and school spirit.
- Students must be leaders in demonstrating modesty in victory and graciousness in defeat.

**School Dances**

The school sponsors several dances throughout the school year. Dances are an opportunity for students to socialize in a supervised and safe environment. Student behavior and manner of dress should reflect this guiding principle. Students should use the following guidelines for behavior.

- All students must provide a high school student ID upon request.
- Guests must have a high school ID and/or guest pass. Guest passes must be obtained for any student who does not attend Prep, Marian, Mercy or Duchesne.
- Only students currently enrolled in high school may attend Prep dances.
- Homecoming (for sophomores, juniors and seniors) and Prom (for juniors and seniors) are by invitation of a Prep student only. A Prep student may bring one guest. Guest passes are not required for these events, but the Prep student assumes responsibility for the behavior of his guest.
- Students and the items that they bring to the dance may be searched.
- Prep may conduct random and selective testing for alcohol or other substances.
- Dance styles must comply with standards of Christian morality, standards that include modesty and safety. Inappropriate dancing includes, but is not limited to, the following: sexually suggestive, aggressive and otherwise inappropriate or dangerous dancing. Students must be clean and neat in their personal appearance, observing standards of modesty, moderation, and good taste. Students must show respect for the theme or formalness of the occasion. Clothing displaying any offensive, sexually suggestive, or violence promoting language, or anything related to tobacco products, alcohol, or other illegal drugs will not be permitted.
- Male students must wear a shirt with sleeves and pants or shorts that are secured around the waist. Shoes must be worn at all times. Hats and coats are not permitted.
- Females who attend a dance must wear clothes that are not tight or revealing. Shoes must be worn at all times. Hats and coats are not permitted.
- School personnel will determine the appropriateness of dance style, appearance, dress or any other issue requiring reasonable judgment.

**Messages and Deliveries to Students**

In cases of real need, if you must contact your son, you should ask for the Dean of Students' Office. The Dean of Students must concur with the importance of the call. Delivery of non-emergency messages creates unnecessary interruptions in the learning process. The school recommends leaving non-emergency messages on a student's mobile phone where he can most easily retrieve it at the end of the school day or during lunch.

All deliveries during the school day should be made to the Dean's Office, never directly to the student's class. Attempts at delivery will be made through an announcement between periods. Classes will not be interrupted for deliveries. Parents are encouraged to text their son a reminder the item is in the Dean's Office.

**Emergency Notification**
When emergency conditions arise, the school will notify parents through the use of SchoolMessenger, an emergency notification system that communicates the nature of the emergency situation to relevant parties through phone, text and email. This may be used in the case of a lockdown, weather related cancelation or for any other important issues.

**Weather Policy**
When weather conditions are threatening to cancel classes, information will be communicated through local media and SchoolMessenger, our emergency notification phone, text and email system. When an announcement is made concerning all Catholic schools through the local media, that announcement includes Prep. Normally we use the single announcement to cooperate with other school officials who have made a careful study of pending weather and road conditions. Parents may keep a student home if weather conditions in route from their particular area to school are judged to be unsafe. Parents should notify the Dean of Students' Office.

**Snow Day Procedure**
If school is canceled due to inclement weather or other reason, the daily schedule may be adjusted to account for the lost periods of instruction. Please use the following guide to determine the next day's schedule. If the cancelled day is a C day, no adjustment will be taken. If the cancelled day is an A day, the following B day will be replaced with a C day. If the cancelled day is a B day, the following day will be a B day followed by a C day. The normal schedule is resumed after these two days.

**Publications by Students**
Student publications shall be consistent with the teachings of the Catholic Church and shall be informative, tasteful, creative, respectful, and accurate. Students do not have an unrestricted "right of free speech." The goal of any student publication is to teach students responsible expression of speech, in conjunction with other curricular goals. A faculty member or administrator shall review and approve all student publications prior to publication.

**Posting Policy and Procedures**
Postings must be approved by the Dean of Students. The content of posters and flyers to be displayed on the Prep campus must avoid demeaning sexual, racial or other discriminatory references. Postings may only be affixed to bulletin boards. With special permission from the Dean's Office, postings may be neatly affixed on unpainted surfaces with blue painter's tape. Postings should never be posted on glass or finished wood surfaces. Signs that are improperly posted or are not in good taste will be removed.

**Use of the School Name**
Creighton Preparatory School owns the copyright to the names Omaha Creighton Prep (OCP), Creighton Preparatory School, Creighton Prep (CP) and Prep as well as the names and logos of the Seal logo, the CP logo, the AMDG Funds logo, the Athletic logo and the Jr. Jays logo. These names and logos are valuable trademarks because they are the brands by which we communicate our commitment to the highest levels of Jesuit education. All rights related to these names and logos are reserved by Creighton Preparatory School. None of these names and logos should be used in any way without first obtaining the expressed written consent from school administration. The school does not hold itself responsible for offenses committed outside its jurisdiction, yet it cannot and will not ignore serious scandal or conduct detrimental to the school.

**Student Sales**
The solicitation of students or the selling of goods, candy and paraphernalia (i.e. shirts, sweatpants, and sweatshirts) to other students is prohibited. Students who wish to promote their club, activity or school sport in this manner must have the guidance and approval of their moderator and school administration.

**Clothing and Accessory Design and Production**

The Creighton Prep name, logos and other materials are trademarked. Any person or group who wishes to produce any school related clothing or accessory items must have prior written approval of the school administration. Approval forms may be obtained from the Dean's Office. Any item that is produced must adhere to the core values of our Christian, Catholic, Jesuit tradition. Approval by school administration does not absolve any person or group from responsibility if issues regarding design or content arise post-production and distribution. Anyone who misrepresents these values in creating any item may be financially liable. In addition to financial liability, students may face discipline consequences up to and including dismissal from school.

## ACCEPTABLE USE OF COMPUTERS AND OTHER TECHNOLOGY

Computer use and other technology at Creighton Prep should serve as a means in forming men of faith, scholarship, leadership, and service in the Catholic and Jesuit tradition. Prep intends that the use of personal devices, the campus computer system, the wireless network and other technology promote greater academic collaboration and communication throughout the school community. Any unethical or unauthorized use that compromises the operation or performance of the computer system, the wireless network or other technology is prohibited. Access to and use of the network and other technology is a privilege that may be revoked at any time. Violation of this policy may lead to consequences up to and including dismissal from school.

As a guide to appropriate use, Creighton Prep characterizes as unethical and unacceptable any activity which purposely:

1. Seeks unauthorized access to the computer or other technological resources of the school
2. Disrupts the appropriate use of these resources
3. Wastes resources such as personnel, network resources, computer hardware or software or ancillary materials
4. Compromises the privacy or human dignity of others or harms the reputation of the school
5. Ignores the values of the school as stated in the Profile of the Graduate at Graduation.

When using computers, students should adhere to the following guidelines.

- Show the respect and ethical behavior that is expected of Creighton Prep students at all times.
- Systems components such as the keyboard, mouse and hard drive should not be tampered with, removed, moved, or otherwise modified. If a student discovers that a computer has been tampered with, he should notify a faculty or staff member immediately.
- Software should not be installed, deleted, modified or copied to or from any school computer.
- Use of proxy servers or other means to avoid restrictions placed on the network is prohibited.
- Computers provide access to a vast amount of material and information. Not all information is appropriate for educational purposes or for a healthy lifestyle. Pornographic, obscene, or vulgar material should not be intentionally accessed, downloaded, printed, or viewed.
- Do not access, download or exchange copyrighted media.
- Do not plagiarize material.
- Avoid any form of academic dishonesty.
- When in doubt, seek assistance. Ignorance is not an acceptable excuse for misuse.

**Network Access**

All students are issued a network login. Students are required to use their network login any time they use the Prep network with a Prep device or their own device. Students must keep passwords confidential and will be accountable for any unacceptable use under his user name. Under no circumstances may a

student use another student's identity. If a student does not follow expectations for acceptable use, access to the network may be restricted or disabled with all class work remaining the responsibility of the student.

Creighton Prep does not provide access to an open network on campus. Rather, access to our network is restricted to maintain a secure network and properly supervised school environment. Generally, this access is granted to individuals affiliated with the school who would like use of our network services for school related purposes. In order to access Creighton Prep's network, students must install the Meraki Mobile Device Management Profile (Meraki Profile) on their device. A student's device must be named using only the student's ID number.

 The Meraki Profile does not collect or provide direct access to personally identifiable user information such as credit card information, internet browser history, usernames and passwords, files, documents, photos, videos, text messages, or emails. Meraki does not have the capability to remotely view an iPad screen.

The Meraki Profile collects information about the device on which it is installed, including an estimated location, network connection status, installed software and hardware utilization. Direct access to this information is restricted to Creighton Prep IT Staff and Creighton Prep Administration. Creighton Prep uses the Meraki Profile to assist users with support issues, to monitor acceptable use of our system, to report on network utilization for capacity planning, and to protect our network from security threats or abuse.

**Gmail, Canvas, PowerSchool and Academic Storage Space**
These accounts facilitate communication within the Prep community. Students should check their CP Webmail and Canvas accounts once each school day as faculty, staff and administration will communicate through these media.

Students will be allotted storage space on school servers on the Student Drive and in the cloud through G Suite and Creighton Prep email account. The only files that may be stored are those that are deemed to have educational value. Accounts are subject to review and supervision by school personnel. Inappropriate materials stored on the network will be removed without notification and may lead to disciplinary action.

**Required 1:1 iPad Program**
The Creighton Prep academic program requires all students to have at school every day a fully charged, classroom ready iPad that meets the required device specifications with a protective case that protects the back and the corners of the device. Only iPads are acceptable. Each student must have his own Apple ID (not a family or a shared Apple ID). For required network access, the iPad must have the Meraki Profile installed. In addition, students will be required to install various apps. A list of apps required for all students is available on Creighton Prep's website. A list of course specific apps will be provided by the teacher.

Creighton Prep is not responsible for the loss of content or information contained on the student's iPad. Every student is expected to back up his own device at regular intervals, in a timely fashion. Creighton Prep will not provide support for iPads that have been "jailbroken."

**Personal Technology Use – Computers, Phones, Recording and Other Devices**
Students may bring laptops to school for academic purposes but will not have access to the school network. The teacher will ultimately determine what is appropriate in that classroom. Teachers may declare technology-free times, call for the placing of technology at the front of the room or in a ready-to-use position.

Creighton Prep does not permit students to freely use hand held devices like phones and portable entertainment devices during the school day. Students must keep their phone out of sight. However, students are permitted to use these handheld devices during lunch and free periods in the common areas that are in-bounds during that period as long as they do not cause a disruption and adhere to the expectations stated in the Student-Parent Handbook. Disruptive and inconsiderate use of technology during passing periods and in the hallways is not permitted during the school day.

Students may not record images or audio without permission from those present. In a classroom situation, students should seek permission from the teacher before using any video or audio recording device. Students may never (before, during or after school) use mobile phones and image or audio recording equipment in the locker room, bathrooms, library, technology lab or other places where privacy or quiet is expected.

Items used in violation of these rules may be confiscated regardless of academic need with standard consequences applied. Repeated offenses of inappropriate use may include additional consequences including Saturday Jug, suspension or dismissal from school. All electronic devices, including phones, are subject to search by school administration.

**Social Media**
Social Media is defined as any electronic tool that allows for social, interactive, and connective learning allowing for but not limited to: video and photo sharing, social networking, blogs, wikis, podcasting, instant messaging, texting, web conferencing, or any other technology that allows for direct or indirect interaction between two or more parties. When using social media at any time on campus or off campus, students are expected to observe and follow the Student-Parent Handbook which includes demonstrating respect for others and the school.

**Off-Campus Technology Use**
Creighton Prep reserves the right to impose consequences for inappropriate behavior that takes place on or off campus and outside school hours. Thus, inappropriate use of technology (for example, on a home computer), may subject the student to consequences. Inappropriate use includes, but is not limited to harassment, inappropriate use of the school name, remarks directed to or about faculty, staff, students or others, offensive communication, and safety threats.

**Summary**
Students must bear in mind that, they should maintain a level of respect consistent with the values of the school when using computers, phones, social media, and other technology. All activity is subject to review and supervision by school personnel. Inappropriate behavior might include, but is not limited to behaviors that are explicitly or implicitly threatening, demeaning, lewd, libelous, intolerant or dishonest. Students should be especially aware of the following policies in the Student-Parent Handbook: (1) Respect for Others, Bullying, Harassment and (2) Academic Integrity and Honesty. As in all areas of student life, if a student is unsure about the appropriateness of something, he should consult a faculty member.

**Creighton Prep Bell Schedules**

| A | Period 0<br>7:10 - 7:55 | Period 1<br>8:00 - 9:25 | Period 3<br>9:35 - 11:00 | First Lunch<br>11:00 - 11:45 | | Period 5b<br>11:45 - 1:10 | | Period 7<br>1:20 - 2:45 |
|---|---|---|---|---|---|---|---|---|
| | | | | Period 5a<br>11:10 - 12:35 | | Second Lunch<br>12:35 - 1:10 | | |

| B | Period 0<br>7:10 - 7:55 | Period 2<br>8:00 - 9:25 | Community Period<br>9:35 - 11:00 | First Lunch<br>11:00 - 11:45 | | Period 4b<br>11:45 - 1:10 | | Period 6<br>1:20 - 2:45 |
|---|---|---|---|---|---|---|---|---|
| | | | | Period 4a<br>11:10 - 12:35 | | Second Lunch<br>12:35 - 1:20 | | |

| C | Period 0<br>7:10 - 7:55 | Period 1<br>8:00 - 8:46 | Period 2<br>8:51 - 9:37 | Period 3<br>9:42 - 10:30 | Periods<br>4a and 4b<br>10:35 - 11:21 | First Lunch<br>11:26 - 12:12 | Period 5b<br>12:17 - 1:03 | Period 6<br>1:08 - 1:54 | Period 7<br>1:59 - 2:45 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Period 5a<br>11:26 - 12:12 | Second Lunch | | |

| Late Start<br>8:35<br>With CP | Period 0<br>7:45 - 8:30 | Period 2<br>8:35 - 10:00 | Community Period<br>10:10 - 11:00 | First Lunch<br>11:00 - 11:45 | | Period 4b<br>11:45 - 1:10 | | Period 6<br>1:20 - 2:45 |
|---|---|---|---|---|---|---|---|---|
| | | | | Period 4a<br>11:10 - 12:35 | | Second Lunch<br>12:35 - 1:20 | | |

| Late Start<br>9:35<br>No CP | Period 0<br>8:45 - 9:30 | Period 2<br>9:35 - 11:00 | First Lunch<br>11:00 - 11:45 | | Period 4b<br>11:45 - 1:10 | | Period 6<br>1:20 - 2:45 |
|---|---|---|---|---|---|---|---|
| | | | Period 4a<br>11:10 - 12:35 | | Second Lunch<br>12:35 - 1:20 | | |

| Early<br>Dismissal | Period 0<br>7:10 - 7:55 | Period 2<br>8:00 - 9:25 | Periods 4a and 4b<br>9:35 - 11:00 | Period 6<br>11:10 - 12:35 |
|---|---|---|---|---|

## TUITION, REGISTRATION FEE AND FINANCIAL AID

Creighton Prep relies on timely tuition payments from every family in order to meet our financial obligations.  No student will be allowed to begin a new semester if there is an outstanding tuition balance owed from the prior semester.

**Tuition, Lunch and Registration Fees for 2020-2021**
Note: $550 Annual Lunch Fee and the $175 Technology Fee for freshmen and sophomores will be included on the tuition invoice in FACTS Management

| | | | |
|---|---|---|---|
| Freshman | $11,430 | Junior | $11,630 |
| Sophomore | $11,530 | Senior | $11,730 |

Tuition payments are processed by FACTS Management Company.  Families are required to set up an account with FACTS for automatic tuition payments to be made from a checking account, savings account or credit card.  All families must make regular monthly payments beginning in June and ending in April (seniors) or May (underclassmen), unless they choose to pre-pay under a quarterly, semi-annual or annual plan.  Plans available in FACTS are:

Annually – One payment due in August
Semi-annually – Payments due in August and January
Quarterly – Payments due in August, October, January and March
Monthly – Payments monthly from June 2020 through May 2021
Bi-weekly – Two payments per month from June 2020 through May 2021

65

Note:  Senior tuition must be paid in full by April 30th, prior to senior exams.  If selecting the monthly plan in FACTS, please select the monthly plan for seniors.

A non-refundable registration fee is due each spring for students who wish to register for the next school year. This fee is in addition to tuition, and pays for the preparation of class schedules, yearbooks, school newspaper, activity cards, retreats, required standardized testing (does not include college entrance exams or Advanced Placement exams) and commencement.

All work grants, financial aid grants, and academic scholarships are deducted from the total tuition due.  If a work grant is not completed, or an academic scholarship is revoked, the amount of the award becomes tuition due immediately upon cancellation.

If you have any questions regarding your tuition payments, please call the Creighton Prep Business Office.

**Withdrawal Policy**
Tuition will be charged for the entire quarter in which the student withdraws, regardless of the days remaining in the quarter.

**Financial Aid**
Families considering financial aid should review their financial situation, giving the education of their children the priority that it deserves.   Through Prep's Financial Aid Program, we try to assist all qualified applicants by providing aid in the form of financial aid grants and work grants.

Financial aid consists of $1,000 work grants and direct assistance in the form of financial aid grants. Freshmen and sophomores with work grants are required to work 100 hours at Prep throughout the school year ($10.00 per hour rate).  Monetary financial aid grants may be given in addition to the work grant.  Juniors and seniors do not receive work grants as they can assist with their educational costs through part-time jobs.

All Creighton Prep financial aid applications are processed through FACTS Grant and Aid Assessment. Financial aid applications are due in January, and must be completed annually if a family wishes to be considered for assistance.   Required documentation must also be submitted to FACTS.   Detailed information, deadlines and the link to FACTS will be posted on the Creighton Prep website in December, 2020.

Parents should carry adequate insurance coverage, as Creighton Prep is not responsible for the cost of medical care if a student incurs an injury associated with participation in the Work Grant Program.

Upon acceptance of the work grant, the student and his parents are required to complete a Work Grant Assignment Contract Form.  These forms must be completed and returned to the Business Office.

## CO-CURRICULAR ACTIVITIES

Creighton Prep offers many opportunities for growth, learning, and leadership—and making and sustaining friendships—that occur after the last class of the day. In particular, Prep's co-curricular activities offer every young man a chance to fulfill his interest and taste, or to simply try something new. The co-curricular program is vital to the fact stated in the "Graduate at Graduation" that Prep's educational mission goes well beyond intellectual competency.

Student groups fall into two categories: clubs or affinity groups.

Clubs are groups of students that gather around a common interest, and have a moderator that must be present at all official meetings of the club.  All clubs in good standing with the school are able to reserve school spaces, receive school activity funds, and use the school announcement system.

A student affinity group is a group of students around a common interest or activity.  Student affinity groups do need a moderator, but a moderator does not need to be present at all official group meetings. Students and parents should understand that the school is not ensuring adult supervision for the activities of the affinity group.  Affinity groups in good standing with the school are able to reserve school spaces and use the school announcement system.  School activity funds may be requested on a case by case basis to the Director of Student Activities.

Prep offers time for clubs and activities to meet during our Community Period and outside of school hours.

Daily announcements, social media, t.v. monitors in the school, and flyers in the hallways provide students with information concerning when and where co-curriculars meet. Students wishing to start a new club or activity should secure a moderator and then submit a proposal available here to the Director of Student Activities.

Participation and leadership positions in co-curricular activities may involve a review of the discipline and academic standing of the student. In these cases, this may include grades, effort in class, demerits, Jugs, suspensions, probations, major violations of this handbook, and any other factor deemed relevant by moderators or administration.

**Clubs and Activities**
Note: Refer to the Prep website for further and updated information about clubs and activities.

| Club or Activity | Moderator |
| --- | --- |
| Academic Decathlon | Mrs. Barb Hake, Mr. John Fraser & Mrs. Ashley Clary |
| Alpha | Mr. Dave Lawler |
| Ambassador Club | Mr. Josh Luedtke |
| Asian Student Outreach Program | Mr. Tim Brooks & Mr. Allen Burrell |
| Athletic Training | Mr. Bill Kleber |
| Band | Mr. David May |
| Big Brothers | Mr. Greg Glenn & Mr. Ted Stessman |
| Black Student Alliance | Mr. Allen Burrell & Ms. Mattie Olsen |
| Board Games Club | Mrs. Diane Sands |
| Bowling Club | Mr. Matt Delaney |
| Campus Ministry Advisory Board (CMAB) | Mr. Dave Lawler |
| Chamber Choir | Mr. Rob Chesire |
| Chess Team | (Moderator TBD) |
| Concert Choir | Mr. Rob Chesire |
| CP Live | Mr. Matt Rasgorshek |
| CPTV | Mr. Matt Rasgorshek |
| CyberPatriots (CP$^2$) | Mr. John Rogers & Mrs. Jenne Gregor |
| e-Sports Team | Mr. Tom Reinhart |
| EconChallenge Club | Ms. Ashley Clary |
| Film & Film-making Club | Mr. Jeremy Caniglia & Ms. Rita Hermann |

| | |
|---|---|
| French Honor Society | Mrs. Bonodji Nako |
| Habitat for Humanity | Mr. Mike Higgins |
| Harvard Model Congress | Mr. Tom Haindfield |
| Ice Hockey | Mr. Sean Talcott |
| Ignatian Leadership Institute | Mr. Joe Ryberg & Mr. Sterling Brown |
| Inclusive Communities | Mr. Allen Burrell |
| Ink, Inc. (literary magazine) | Ms. Meghan Townley |
| IT Innovation Cup | Mr. Rich Mansfield |
| Jay Journal (newspaper) | Mr. Matt Rasgorshek |
| Jay Junior (yearbook) | Mr. Matt Rasgorshek |
| Jazz Band | Mr. David May |
| Lacrosse | Mr. Steve Haney |
| Latin Club | Mr. John Fraser & Mr. Mark Haynes |
| Latino Student Association | Mr. Allen Burrell & Mr. Joseba Moreno |
| League of Extraordinary Gentlemen | Mr. Allen Burrell & Fr. Bob Tillman, SJ |
| Liturgical and Eucharistic Ministers | Mr. Kelly Barth |
| Liturgical Band | Mr. Rob Chesire |
| Louder than a Bomb Poetry Club | Ms. Bethany Widman |
| Maker Club | Mr. Rich Mansfield |
| Math Club | Ms. Anne Svehla |
| Mock Trial | Ms. Lisa Cook |
| Movie Club | Mr. Kelly Barth |
| National Art Honor Society | Mr. Jeremy Caniglia & Rita Hermann |
| National Honor Society | Mrs. Beth Ginger & Ms. Karri Martin |
| Operation Others | Mr. Jerry Kinney & Mr. Paul Lawler |
| Percussion Ensemble | Mr. David May |
| Ping Pong Club | Mr. Matt Delaney |
| Power-Lifting | Mr. Dan Barton |
| Prep Accepts | Mr. Allen Burrell & Ms. Emily Taber |
| Prep Grows | Mr. John Geringer |
| Prep Students for Life | Mrs. Amy Masek |
| Quiz Bowl | Mr. Nick Svehla |
| Retreat Leadership | Mr. Jerry Kinney |
| Rho Kappa Honor Society | Mr. Tom Haindfield |
| Robotics Club | Mr. Rich Mansfield |
| Science National Honor Society | Mr. Mike Clark & Mr. TJ Fyfe |
| Science Competitions Club | Mr. Erin Kast, SJ |
| Service Immersion Trips | Mr. Dave Lawler |
| Ski & Snowboarding Club | Fr. Bob Tillman, SJ |
| Social Entrepreneurship Club | Mrs. Dawn Nizzi |
| Spanish Honor Society | Mrs. Tami Suprenant & Mrs. Gwen Fisher |
| Speech and Debate (Forensics) | Mr. Rich Brown |
| Stanford Model United Nations | Mrs. Kim Meyer |
| Strings Ensemble | Mr. Alex Zimmerman |
| Student Council | Mrs. Sara Smith, Mr. Allen Burrell, Mrs. Ashley Clary, Mr. Matthew Eastmo, Ms. Emily Taber, Mr. Matt Rasgorshek |
| Sustainability Club | Mr. Trevor Herron |
| Trapshooting | Mr. Jim Respeliers |

| UNICEF Club | Mrs. Kathy O'Keefe |
| --- | --- |
| Young Democrats | Ms. Karri Martin |
| Young Republicans | Mrs. Ashley Clary, Mrs. Kim Meyer, Mr. Ralph Setter & Mr. James Justice |
| Zoology Club | Mr. John Geringer & Mr. Tom Murray |
| BMX & Skateboarding Group | (Moderator TBD) |
| Fishing Group | (Moderator TBD) |

**National Honor Society**

The National Honor Society (NHS) is the nation's premier organization established to recognize outstanding high school students. Activities include helping to host Curriculum Night and Open House and helping with BASH. In addition, members host speakers, organize activities to benefit the membership or the extended community, promote NHS-sponsored awards and scholarships, and help develop leadership skills. Students must have at least a 3.7 cumulative GPA at the end of the first semester of their junior year, and fewer than 20 demerits and/or 6 Jugs accumulated during the first semester of their junior year. Violations of academic integrity and other major disciplinary infractions may affect nomination and acceptance to NHS. All students who meet the criteria and are approved by the Dean of Students and the Academic Principal are invited to apply. A committee reviews applications for evidence of leadership and service.

**Transportation for Clubs and Activities**

Transportation to and from off-campus club or activity related events is the responsibility of parents unless school transportation is provided. Students may drive alone, transport others, or ride with others per arrangements with parents. The school is not an agent in this transportation.

# ATHLETIC PARTICIPATION

**Athletic Program Mission Statement**

An interscholastic athletic program is an integral part of the total education and growth experience at a Jesuit high school. Athletics is designed to affirm and promote the Ignatian values of the Profile of the Graduate at Graduation and in doing so engage student-athletes fully in mind, body, and heart. Student-athletes, coaches, and parents are called upon to work together in a true value of sportsmanship to assist in creating an environment in which those Ignatian values can be revealed, tested, and proven relevant to the entire school community.

The student-athlete will mature physically, emotionally, socially, and spiritually, and will learn to take responsibility for his growth by developing loyalty, pride, integrity, and commitment. Athletics provides the opportunity for the student-athlete to exhibit a progression of physical skills and knowledge of a particular sport, ultimately enabling him to apply these skills and knowledge to new situations and a variety of learning formats. Through participation in athletics, the student-athlete learns that God is active in all things and that individual and liturgical prayer will bring him closer to God. The student-athlete comes to trust that he is known and loved by God: that love invites a personal response, which is an expression of movement within the human heart beyond self-interest or self-centeredness.

The student-athlete is called to be conscious of the Catholic and counter-cultural dimension of athletics in a Jesuit school and is thus invited to accept his mission to be a leader in service and to acknowledge his commitment toward fostering a just society. All members of a Jesuit high school community must seek to encourage, instill, and foster such growth and development in all student-athletes.

**Athletic Policies and Procedures**
The following policies will be strictly adhered to by all Creighton Prep athletes and athletic teams. Individual sport coaches may have additional policies not stated in this handbook. Any exceptions will be decided by the Head of School, Dean of Students and Athletic Director.

**Performance Enhancing Drug Policy**
As a means of both protecting the health and well-being of our student-athletes and enforcing the principles of sportsmanship and fair play, Creighton Preparatory School conducts at its discretion a comprehensive random drug testing program for all participants in its athletic program. The protocol for the program is as follows:

*Consent*
Student-athletes and their parents consent to year-round random drug testing in accordance with the Creighton Preparatory School drug testing policy as a condition of their enrollment in school and participation in athletics. Any student who refuses to submit to a drug test will be ineligible to participate in practice or competition.

*Knowledge of Banned Drugs*
A list of banned drugs is available on the school website. Many nutritional supplements contain banned substances. The U.S. Food and Drug Administration does not regulate the supplement industry. Therefore, the purity and safety of nutritional supplements cannot be guaranteed. The use of supplements is at the student-athlete's own risk. Student-athletes should contact the athletic trainer or another licensed health care professional for further information.

*Ineligibility for Use of Banned Drug*

- A student who is found to have used a substance on the list of banned drugs, either through random testing or according to the rules of apprehension stated in the Student-Parent Handbook, shall be declared ineligible to participate in Creighton Preparatory School Athletics (both NSAA sanctioned sports and club sports), for one calendar year (365) days after the date of the positive drug test. In order to be reinstated after one calendar year, the student must submit to random testing for the duration of the suspension. A suspended student who fails a drug test during the suspension shall be declared permanently ineligible.
- After reinstatement, any student who tests positive a second time for a substance on the list of banned drugs shall be declared permanently ineligible to participate in Creighton Preparatory School athletics (both NSAA sanctioned sports and club sports).
- A Student who tests positive for any banned substance is also subject to the general school policy on substance use as delineated in the Student-Parent Handbook.

*Challenge*
A student who tests positive may challenge the finding by submitting a request for a review to the Director of Athletics within five (5) calendar days of notice of the positive test. A student requesting a review will remain eligible to participate in Creighton Preparatory School athletics until the review is completed. The original specimen, which will be retained by the lab, will then undergo a second analysis. If the second analysis is negative, the student will be immediately reinstated. If the second analysis is also positive, the student will remain suspended and the student or his family will be responsible for the cost of the second analysis.

**Creighton Prep Concussion Policy**
Creighton Prep complies with state law that requires all athletes suspected of having sustained a concussion in practice or competition will be removed from play. The athlete's parents will be notified immediately and the athlete will be unable to return to play until he is cleared by a licensed medical

professional. The licensed medical professional and the parent must provide written permission to return to play.

Licensed medical professional is defined as a physician or a licensed practitioner under the direct supervision of a physician. This includes a certified athletic trainer, a neuropsychologist or some other qualified individual who (a) is registered, licensed, certified or otherwise statutorily recognized by the State of Nebraska to provide health care services **and** (b) is trained in the evaluation and management of traumatic brain injuries among a pediatric population.

Parental information regarding concussions can be found at http://concussionwise.com/NE. Please visit this website before your son participates in athletics at Creighton Prep. More information can be found at www.nsata.org. Additional information can be obtained by contacting Bill Kleber, ATC at 402-393-1190.

**Physicals**
Physical exams will be offered by doctors at Prep on Sunday, August 4 at 7:00am. Enter the building using the Heider Center entrance on the east side. The cost is $25. Parents may also take their son to a physician of their choice for the physical exam any time after May 1. Prior to trying out for any NSAA or club sport, a student must have a current physical exam on file in the high school office.

**Equipment**
Athletes are responsible for all equipment issued by Prep. Any equipment that is lost or stolen will be paid for by the athlete. Most sports require an equipment and uniform deposit.

**Practice**
Once an athlete commits to trying out for an athletic team, he will be expected to attend all practices, unless ill or excused by the coach. Individual coaches will determine the consequences for missed practice time, including time missed because of Jug or Laughlin Hour.

**Outside Participation**
According to NSAA rules, participation in a club sport is not allowed during the high school season for that sport. When not involved in a sport, athletes are encouraged to get involved in club or intramural sports.

**Injuries and Insurance**
There are potential dangers associated with athletic participation, including injuries ranging from minor muscle strains and sprains to more serious injuries to ligaments, bones and tendons to catastrophic injuries to the head, neck and spinal cord. Creighton Prep strongly recommends that athletes are insured against athletic injuries and accidents. Creighton Prep does not pay for any athletic injuries that occur while participating in athletics.

**Academic Eligibility**
Creighton Prep has the following eligibility policy for students participating in NSAA and club sports.

- A student who is failing TWO or more classes at the mid-term or has failed TWO or more classes at the end of the semester is ineligible to practice or compete for the entirety of the following grading period. He will regain his eligibility at the start of the next term provided he is failing no more than one class.
- A student may appeal, in writing, his ineligibility ONE time during his freshman year and ONE time during his last three years at Prep. The freshman appeal does not carry over if it is not used. If the Director of Athletics grants the appeal, the student may practice and compete based on a weekly progress system. At the end of each grading period, the athletic director will notify by letter the parents of students who are academically ineligible. The letter will include information on the appeal process, including the deadline for filing an appeal.

71

- The NSAA requires all student-athletes to pass at least four classes each semester. This rule cannot be appealed.

**Attendance**
In order to attend or participate in co-curricular activities, including athletic practices or competitions, the student must attend at least three full classes on a C day or two full classes on A and B days. These classes must be courses in which academic credit is earned. Any exceptions require permission from the Dean of Students. When a student is in ISS or OSS, they may not attend or participate in any co-curricular activities. This includes athletics, student council, speech and debate, clubs, intramurals, etc.

**Locker Room**
Lockers will be issued by the coach. Only school locks, which will be sold for a nominal fee, may be used on the lockers. All other locks will be removed. Prep is not responsible for lost or stolen property. Damage to lockers should be reported to the Dean of Students immediately. Students may be held liable for reported damage and will be held responsible for unreported damage.

**Off-Season Conditioning**

- Pre-season conditioning will not start until after the first game of the current athletic season.
- Athletes out for another sport will not be allowed to participate in conditioning during that season.
- All NSAA rules concerning time and number of athletes will be followed.

**Team Selection and Playing Time**
There is no guarantee of any amount of playing time. Parents and players should support the coaches' decisions and show good sportsmanship to all opponents, officials, coaches and fans of both schools. Freshmen cut in one program are immediately eligible to try out for another program provided that the team has not already been selected. Sophomores, juniors and seniors must enroll in a sport at the beginning of tryouts. Late tryouts are permitted only through the approval of the coach.

**Grievance Policy**
Any student athlete who does not feel he has been given due process in trying out for an athletic team, or after having made the team, or concerning violations of policies, should observe the following guidelines.

1. The student athlete and/or parent/guardian should first schedule a meeting with the coach of the sport involved. Most problems should be solved at this level. If the explanation provided by the coach is not satisfactory for the student athlete then proceed to step 2.
2. The student athlete and/or parent/guardian should then meet with the Athletic Director to discuss the situation. If this meeting does not resolve the situation, then proceed to step 3.
3. The final stage is to meet with the Head of School to discuss his previous two meetings and why he is still not satisfied with the situation. No one will be allowed to skip any of these steps.

**Club Sports**
Club sports are an important part of the athletic program at Creighton Prep. Research shows that, in general, those students who participate in school activities tend to do better academically than those who do not. Therefore, Creighton Prep is committed to offering a wide range of athletic and activity programs so that all students can be involved.

In order to ensure that the programs we offer are congruent with the mission of Creighton Prep, we have established a set of qualifications necessary for recognition as a club sport. Those club sports that meet these criteria can award club letters to participants according to guidelines established by the coach. Currently, Creighton Prep offers the following club sports: lacrosse, trapshooting, powerlifting and hockey.

**Transportation**

Transportation to and from off-campus games and practices is the responsibility of parents unless school transportation is provided. Student-athletes may drive alone, transport others, or ride with others per arrangements with parents. The school is not an agent in this transportation.

**Athletic Teams**

| Team | Head Coach |
|------|-----------|
| Baseball | Mr. Pat Mooney |
| Basketball | Mr. Josh Luedtke |
| Cross Country | Fr. Bob Tillman, S.J. |
| Football | Mr. Tim Johnk |
| Golf | Mr. Matt Rasgorshek |
| Soccer | Mr. Tom Hoover |
| Swimming | Mr. Tom Beck |
| Tennis | Dr. Gerard Kowal |
| Track | Mr. Dan Tietjen |
| Wrestling | Mr. Andrew Fisher |
| Athletic Trainer | Mr. Bill Kleber, A.T.C.L. |
| Director of Athletics | Dr. Dan Schinzel |

## FAMILY AND STUDENT EDUCATIONAL RIGHTS AND PRIVACY

Creighton Prep, with certain exceptions, will obtain your written consent prior to the disclosure of personally identifiable information from student education records. Creighton Prep may disclose appropriately designated "directory information" without written consent, unless you have advised the school to the contrary in accordance with school procedures. If you do not want Prep to disclose directory information from your child's education records without your prior written consent, you must notify the school in writing prior to August 31. The primary purpose of directory information is to allow the school to include this type of information from student education records in certain school publications. Examples include:

- a playbill, showing your student's role in a drama production
- the annual yearbook
- honor roll or other recognition lists
- graduation programs
- sports activity sheets
- interviews with the media.

Directory information, which is information that is generally not considered harmful or an invasion of privacy if released, can also be disclosed to outside organizations without a parent's prior written consent. Outside organizations include, but are not limited to, companies that manufacture class rings or publish yearbooks. Prep has designated the following as directory information:

- student's name
- participation in officially recognized activities and sports
- address
- telephone listing

73

- weight and height of members of athletic teams
- electronic mail address
- photograph
- honors and awards received
- date and place of birth
- dates of attendance
- grade level
- the most recent educational agency or institution attended

Creighton Prep may use and publish online, in print or in other media the photograph, likeness, and video and/or audio recording of its students for educational or news stories, illustration and marketing purposes. It is also possible that students could have written, artistic or other work published for educational or news stories, illustration or marketing purposes.  It is possible that a student's full name will be used. No home address or telephone number will appear with such work or image. If parents do not want Prep to use or publish these items related to your son without your prior written consent, you must notify the school in writing.

Parents and students must inform the guidance counselor when an official transcript should be released to a college, university or scholarship agency. Parents must inform the guidance counselor if they have a preference regarding the release of student information.

Although we view discipline as part of the educational process and normally an internal matter, rule violations by students at Creighton Prep may have consequences beyond Prep. Colleges and universities have become increasingly concerned about student behavior on their campuses. When asked, students and college counselors are expected to respond honestly regarding "serious disciplinary infractions," which Creighton Prep defines as Out of School Suspension and/or repeated Academic Honesty incidents. Such reports occurred at the time the application is submitted, while the application is being reviewed by the college or university, or after the admission decision has been made, depending upon when the major rule violation takes place. As advocates for our students, the college counselors will work closely with students in reporting these matters to colleges and universities.

Creighton Prep may report student information, without consent, to the following parties or under the following conditions:

- school officials who have legitimate educational interests
- other schools to which a student is transferring
- specified officials for audit or evaluation purposes
- appropriate parties in connection with educational financial aid for which the student has applied or which the student has received
- organizations conducting certain studies for or on behalf of the school
- accrediting organizations
- to comply with a judicial order or lawfully issued subpoena
- appropriate officials in cases of health and safety emergencies
- state and local authorities, within a juvenile justice system, pursuant to Nebraska law.

Parents or eligible students have the right to inspect and review the student's education records maintained by the school. An eligible student is someone who has reached the age of eighteen or attends a post-secondary school. Creighton Prep may charge a fee for copies.

Parents or eligible students have the right to request that a school correct records which they believe to be inaccurate or misleading. The request should be made in writing and addressed to the Head of School.

If the school decides not to amend the record, the parent or eligible student may place a statement with the record setting forth his or her view about the contested information.

## STUDENT-PARENT AGREEMENT

The registration of a student is considered an acceptance on his part and on the part of his parents or guardians, of all rules and regulations of Creighton Preparatory School, including the judgment of school authorities on academic and disciplinary sanctions, suspension, or expulsion of a student.

The information contained in the Handbook provides a general description of rules and regulations. The school reserves the right to add to, to modify or abolish any of the Handbook provisions without notice.

Non-enforcement of any of the rules or regulations does not serve as a waiver of their future enforcement.

If serious dissatisfaction with the school results in ongoing agitation on the part of the parents, the school administration will assess the impact of such agitation, and after discussion of the matter with parents, will exercise the school's prerogative to withdraw permission for enrollment of the student.

This Handbook does not create any restriction upon Creighton Preparatory School's right to institute any course of disciplinary action which, in Prep's sole discretion, it believes is necessary and consistent with its Catholic Jesuit educational mission.

Students and their parents or guardians are asked to familiarize themselves with all of the information contained in the current handbook, and complete the following form.

Creighton Prep is not responsible for Bodily Injury or Property Damage sustained by students or pupils, involving Creighton Prep. The students or pupils should be insured under their parent's Health & Accident or Medical Insurance coverage.