IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELIJAH WELLS, by and through his mother SUZANNE GLOVER,<br><br>Plaintiff,<br><br>v.<br><br>CREIGHTON PREPARATORY SCHOOL,<br><br>Defendant. | 8:21CV322<br><br>JUDGMENT |

    In accordance with the Memorandum and Order entered today (Filing No. 30), this case is dismissed. *See* Fed. R. Civ. P. 58(a).

    Dated this 25th day of May 2022.

BY THE COURT:

*Robert F. Rossiter, Jr.* (signature)

Robert F. Rossiter, Jr.
Chief United States District Judge
