# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ELIJAH WELLS, by and through his mother SUZANNE GLOVER. <br><br> *Plaintiffs,* <br><br> v. <br><br> CREIGHTON PREPARATORY SCHOOL, <br> in its official capacity; STERLING BROWN and JAMES BOPP in their individual capacities, <br><br> *Defendants.* | Case No. 8:21-cv-00322-RFR-SMB <br><br><br> **NOTICE OF APPEAL** |

PLEASE TAKE NOTICE, that Plaintiff ELIJAH WELLS, by and through his mother, SUZANNE GLOVER, appeals an Order of the United States District Court for the District of Nebraska (Hon. Robert F. Rossiter, Jr.) dated and entered with the Clerk of the Court on May 25, 2022 (ECF 30). *See* Exhibit A.

Dated: June 24, 2022          Respectfully Submitted,

/s/Keith Altman
Keith Altman

The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2022, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

Dated: June 24, 2022      Respectfully submitted:

By: /s/Keith Altman
Keith Altman, Esq.