U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**: | **Case Number**:
Glover v. Creighton Preparatory School | 8:21-cv-00322-RFR-SMB

**Appellant**:
Suzanne Glover

**Attorney(s)**:

Keith L. Altman
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road
Suite 375
Farmington Hills, MI 48334
516-456-5885

**Appellee:**
Creighton Preparatory School

**Attorney(s)**:

Patrick M. Flood
William N. Beerman
PANSING, HOGAN LAW FIRM
10250 Regency Circle
Suite 300
Omaha, NE 68114-3728
(402) 397-5500

**Court Reporter(s)**:
N/A

**Please return files and documents to**:
Omaha

**Person to contact about the appeal**:
Lindsey Olson

| **Length of Trial** | **Fee** | **IFP** | **Pending IFP** |
|---|---|---|---|
| N/A | Y | N | N |

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379

June 24, 2022
Page 2

| Counsel | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| Retained | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**   N

**Where?**  | N/A |

**Please list all other defendants in this case if there were multiple defendants**
 Sterling Brown Terminated on 2/1/22
 James Bopp Terminated on 2/1/22

**Special Comments**: