# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 24, 2022

Mr. Keith L. Altman
LAW OFFICE OF KEITH ALTMAN
Room 375
33228 W. 12 Mile Road
Farmington Hills, MI  48334

      RE:  22-2340  Elijah Wells v. Creighton Preparatory School, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc:   Mr. William N. Beerman
      Mr. Patrick M. Flood
      Ms. Denise M. Lucks

      District Court/Agency Case Number(s):   8:21-cv-00332-RFR

**Caption For Case Number: 22-2340**

Elijah Wells, by and through his mother Suzanne Glover

        Plaintiff - Appellant

v.

Creighton Preparatory School, in its official capacity; Sterling Brown, in his individual capacity; James Bopp, in his individual capacity

        Defendants - Appellees

**Addresses For Case Participants:   22-2340**

Mr. Keith L. Altman
LAW OFFICE OF KEITH ALTMAN
Room 375
33228 W. 12 Mile Road
Farmington Hills, MI  48334

Mr. William N. Beerman
PANSING & HOGAN
Suite 300
10250 Regency Circle
Omaha, NE  68114-0000

Mr. Patrick M. Flood
PANSING & HOGAN
Suite 300
10250 Regency Circle
Omaha, NE  68114-0000

Ms. Denise M. Lucks
U.S. DISTRICT COURT
Clerk's Office
Suite 1152
111 S. 18th Plaza
Omaha, NE  68102-0000