# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 27, 2022

Mr. Keith L. Altman
LAW OFFICE OF KEITH ALTMAN
Room 375
33228 W. 12 Mile Road
Farmington Hills, MI  48334

      RE:  22-2340  Elijah Wells v. Creighton Preparatory School

Dear Counsel,

      Please find a corrected caption for this case enclosed.  Upon further review, it was determined that James Bopp and Sterling Brown were added as appellees to this matter in error at case opening.  They were removed per the amended complaint filed on February 1, 2022 in district court.

      Should you have any questions regarding this changed, please contact our office for assistance.

      Michael E. Gans
      Clerk of Court

AEV

Enclosure(s)

cc:    Mr. William N. Beerman
      Mr. Patrick M. Flood
      Ms. Denise M. Lucks

      District Court/Agency Case Number(s):   8:21-cv-00322-RFR