**Caption For Case Number:   22-2340**

**June 27, 2022**

District Court/Agency Case Number(s):  8:21-cv-00322-RFR

**Elijah Wells, by and through his mother Suzanne Glover**

    **Plaintiff - Appellant**

**v.**

**Creighton Preparatory School, in its official capacity**

    **Defendant - Appellee**

**James Bopp, in his individual capacity; Sterling Brown, in his individual capacity**

    **Defendants**